United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 24-12653-SMG |
| Jeffrey Mark Gallups | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 22, 2024 | Form ID: CGFI3 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey Mark Gallups, 205 Hendricks Isle, Fort Lauderdale, FL 33301-3706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mitchell J. Nowack, Esq. | on behalf of Debtor Jeffrey Mark Gallups ecf@nowackolson.com<br>mjnmyecfmail@gmail.com;tabitha@nowackolson.com;r53443@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |

TOTAL: 3

CGFI3 (06/27/2022)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–12653–SMG

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jeffrey Mark Gallups
aka Jeffrey M Gallups, aka Jeffrey Gallups
205 Hendricks Isle
Fort Lauderdale, FL 33301

SSN: xxx–xx–2065

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **March 21, 2024**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form or Local Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
**Deadline to correct deficiency: 4/4/24**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 4/4/24**

- Official Bankruptcy Form 106, Summary of Your Assets and Liabilities and Certain Statistical Information
- Official Bankruptcy Form 106A/B, Schedule A/B: Property
- Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
- Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
- Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
- Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
- Official Bankruptcy Form 106H, Schedule H: Your Codebtors
- Official Bankruptcy Form 106I, Schedule I: Your Income
- Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration About an Individual Debtor's Schedules** (Official Bankruptcy Form 106) was not filed or was not signed.
**Deadline to correct deficiency: 4/4/24**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☑ Declaration must be filed with deficient schedules listed above

**Your Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) was not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 4/4/24**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 122C–1) was not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 4/4/24**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated: **Not Filed.**
**Deadline to correct deficiency: 4/4/24**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** 3/22/24                                         **Clerk of Court**
                                                            By: Zoila Cifuentes Esteban , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.