EXHIBIT "D"

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**
**FAMILY DIVISION**

| | | |
|---|---|---|
| NANCY JENNINGS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. |
| vs. | ) | 2020CV337822 |
| | ) | |
| JEFFREY GALLUPS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON RESPONDENT'S COMPLIANCE TO PURGE CONTEMPT**

This matter is before the Court for Respondent to "purge" his Contempt of Orders previously entered in this case on August 16, 2023 and September 21, 2023 and so that Respondent will not be incarcerated as follows:

1. Martenson, Hasbrouck & Simon LLP will not be required to disgorge the Fifty Thousand Dollars ($50,000) Respondent paid the firm on August 23, 2023;

2. As soon as administratively possible, but no later than October 20, 2023, Respondent will turn over his (formerly) John Hancock (now) Fidelity IRA to the Receiver and the Receiver shall apply same to the obligations of Respondent as per previous Court Orders in this case and as the Receiver may discern in his discretion to the benefit of the Receivership Estate. Respondent shall be responsible for handling the redemptions of his IRA and tax liability due to the redemption of same, and the net amount of the account shall be transferred to the Receiver;

3. Respondent shall surrender his ownership interest in 205 Hendricks Isle, Ft. Lauderdale, FL 33301 to the Receiver for sale.  The Receiver shall list the home for sale and apply the net proceeds of the sale (after the mortgage is paid off, closing costs, and Respondent's federal tax liens are paid) to pay sums Respondent owes

under the Court Orders in place in this case and to the benefit of the Receivership Estate.  Respondent will cooperate, if necessary, on the issue of a revocable trust related to the property and he will cooperate and waive any homestead protection he may have related to the property.

4. Respondent shall surrender the tangible items (guns, pens, guitars, art, furniture) to the Receiver for sale.  The proceeds of sale shall be applied to the obligations that Respondent has under existing Court Orders and toward the Receivership's obligations;

5. Should Milton Hall Surgical Associates, LLC and its related entities be sold such that Respondent shall receive proceeds from the sale, he agrees that from the sales proceeds he shall receive, to re-pay to the Nancy Gallups irrevocable trust the amount of $338,000.00 to be paid at the closing of the sale of Milton Hall Surgical Associates, LLC and its related entities.

6. On or before October 31, 2023, Respondent shall surrender his tangible items held in storage units in New Jersey to the Receiver for sale, the proceeds of which shall be applied to the debts of the Receivership Estate including Respondent's obligations under previous Court Orders;

7. Respondent's duties under the Court Orders of August 16, 2023 and September 21, 2023 shall be ongoing and he shall continue to cooperate with the Receiver and Special Master and provide any accounting or other information requested.  The accounting shall be provided by Respondent on or before October 23, 2023.

8. Respondents' counsel, Martenson, Hasbrouck & Simon LLP and Chilivis Grubman LLP's claims to attorneys' fees incurred on Respondent' behalf ($92,187.00 for

Martenson, Hasbrouck & Simon LLP and $50,888.64 for Chilivis Grubman through and including October 2, 2023) are reserved until the sale of Milton Hall Surgical Associates, LLC and its related entities at which time they shall be paid at closing from sales proceeds that Respondent shall receive.

9. From the money Respondent has paid into the Receivership already, the Receiver shall pay Petitioner's September and October alimony of $65,000.00 per month. Beginning November 1, 2023, the Receiver shall pay Petitioner $65,000.00 per month in alimony each month thereafter until Milton Hall Surgical Associates, LLC and its related entities are sold as per the parties' divorce Settlement Agreement (in related Case No. 2016CV247575).  The Receiver shall use his discretion to apply Receivership assets toward Respondent's obligations under the August 16, 2023 and September 21, 2023 Court Orders to pay the fees of the Special Master, Frank B. Strickland, Esq., Special Master's counsel, John K. Rezac, Esq., Petitioner's counsel, Elizabeth Green Lindsey, Esq. of Davis Matthews & Quigley, P.C., and Receiver, S. Gregory Hays so as to preserve and enhance the viability of Milton Hall Surgical Associates, LLC and its related entities.

All other issues are reserved.

SO ORDERED this 12th day of October, 2023, *nunc pro tunc* to October 2, 2023.

_____
Honorable Craig L. Schwall Sr.
Judge, Superior Court of Fulton County, Georgia
Atlanta Judicial Circuit

Order Prepared and Presented by:

MARTENSON, HASBROUCK & SIMON LLP

/s/ Peter V. Hasbrouck
Peter V. Hasbrouck
Georgia Bar No. 335608
2573 Apple Valley Road NE
Atlanta, Georgia 30307
Tel: (404) 909-8100
pvhasbrouck@martensonlaw.com

CHILIVIS GRUBMAN, LLP

/s/ Lauren A. Warner
Lauren A. Warner
Georgia Bar No. 425769
Scott R. Grubman
Georgia Bar No. 317011
1834 Independence Square
Atlanta, Georgia 30338
Tel: (404) 233-4171
lwarner@cglawfirm.com
sgrubman@cglawfirm.com

*Counsels for Respondent*

Copies to:

John K. Rezac, Esq.
Taylor English Duma LLP
Georgia Bar No. 601935
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Tel: 770.434.6868
jrezac@taylorenglish.com

*Counsel for Special Master and Receiver*

Frank B. Strickland, Esq.
Georgia Bar No. 687600
Taylor English Duma LLP
Geogia Bar No.
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Tel: 678.336.7133
jrezac@taylorenglish.com

*Special Master*

S. Gregory Hays, Receiver
As and only as Receiver for Jeffrey Gallups, Milton Hall Surgical Associates, LLC and
Associated Entities.
Pursuant to the 8-16-23 Order Appointing Receiver in Fulton County Superior Court case
2020CV337822
c/o Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Office:  (404)926-0051
Mobile (404) 218-1088
ghays@haysconsulting.net
www.haysconsulting.net

*Receiver*

Elizabeth Green Lindsey, Esq.
Davis, Matthews & Quigley, P.C.
Georgia Bar No. 453077
3400 Peachtree Road NE, Suite 1400
Atlanta, Georgia 30326
Tel: 404-261-3900
elindsey@dmqlaw.com

*Counsel for Petitioner*