UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**Jeffrey Mark Gallups,**

                                                              **Chapter 13**
                                                              **Case No. 24-12653-SMG**

Debtor(s)

_____

## NOTICE OF WITHDRAWAL OF TAX CLAIM

By this Notice, we do hereby request that Broward County's proof of claim No. 1, filed on April 4, 2024, be removed from the above referenced case. Due to a clerical error, the incorrect claim was filed..

If you have any questions regarding this matter, please call me at (954) 357-7629.

Respectfully submitted this 4th day of April 2024,

                              Andrew J. Meyers
                              Broward County Attorney
                              Governmental Center, Suite 423
                              115 South Andrews Avenue
                              Fort Lauderdale, Florida 33301
                              Telephone:   (954) 357-7600
                              Telecopier:   (954) 357-7641

                  By      /s/ Scott Andron
                              Scott Andron
                              Assistant County Attorney
                              Florida Bar No.112355
                              sandron@broward.org