UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
Jeffrey Mark Gallups                                    Case No.: 24-12653-SMG
                                                        Chapter 13

        Debtor(s).
_____/

**NOTICE OF CONVERSION OF CASE FROM CHAPTER 13
TO A CASE UNDER CHAPTER 7 UNDER 1307(a)**

The Debtor(s), Jeffrey Mark Gallups , by and through the undersigned counsel, hereby files this Notice of Conversion to Chapter 7 and states as follows:

1. The above-styled case was filed as a Chapter 13 on March 21, 2024.

2. The Debtor(s) is/are unable to continue making payments under the Plan.

3. The Debtor(s) qualifies as a Debtor(s) under Chapter 7 of Title 11.

4. Bankruptcy Rule 1017(d) permits the conversion from a Chapter 13 case to a Chapter 7 case without Order of the Court.

WHEREFORE, the Debtor(s) under Bankruptcy Rules 1017(d) and 9013 hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11 U.S.C.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Convert Chapter 13 case to Chapter 7, has been sent by U.S. mail or via CM/ECF to Robin Weiner, Trustee, at POB 559007, Ft. Lauderdale, FL 33355-9007, and the Office of the U.S. Trustees at 51 SW 1st Ave., Room 1204, Miami, FL 33130, and all parties on court matrix on  April 9, 2024.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1 (A).

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099669

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436