UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

In re:
Jeffrey Mark Gallups                                    Case No.: 24-12653-SMG
                                                        Chapter 13

        Debtor(s).
_____/

## NOTICE TO WITHDRAW DOCUMENT

COMES NOW, the Debtor(s), **Jeffrey Mark Gallups**, by and through the undersigned counsel and WITHDRAWS the previously filed document:

DOCUMENT NAME: Notice of Voluntary Conversion to Chapter 7
DOCUMENT NUMBER: 24

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was served in the manner described below, on April 9, 2024, upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF: All parties of record

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd, Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Mitchell J. Nowack
**MITCHELL J. NOWACK, ESQ.**
Florida Bar Number: 099661

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436