**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 |
| JEFFREY MARK GALLUPS, ) | |
| ) | Case No. 24-12653-SMG |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Nancy Jennings, a creditor in this matter, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

> Brian P. Hall
> 1105 W. Peachtree Street NE
> Suite 1000
> Atlanta, GA 30309
> Email: bhall@sgrlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtors or property of the estate.

Dated: April 10, 2024          Respectfully submitted,

                                       **SMITH, GAMBRELL & RUSSELL, LLP**

                                       By: */s/ James R. McCachren*
                                       James R. McCachren
                                       Florida Bar No.: 986585
                                       jmccachren@sgrlaw.com
                                       apelegrin@sgrlaw.com
                                       50 North Laura Street, Suite 2600
                                       Jacksonville, FL 32202
                                       Phone: (904) 598-6109
                                       Facsimile: (904) 598-6209

                                       By: */s/ Brian P. Hall*
                                       Brian P. Hall
                                       Florida Bar No.: 0070051
                                       Michael F. Holbein
                                       Florida Bar No. 1033402
                                       bhall@sgrlaw.com
                                       mholbein@sgrlaw.com
                                       1105 W. Peachtree Street NE
                                       Suite 1000
                                       Atlanta, GA 30309
                                       Phone: (404) 815-3537
                                       Facsimile: (404) 685-6837

                                       ***Attorneys for Nancy Jennings***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 10, 2024, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case

                                       By: */s/ James R. McCachren*
                                                 James R. McCachren