UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JEFFREY MARK GALLUPS

Case No. 24-12653-SMG

Chapter 7

Debtor.
_____/

### TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF ATTORNEY

Sonya S. Slott, Trustee, respectfully requests an order of the court authorizing the employment of Mark Bonacquisti, Esq. and The Salkin Law Firm, P.A. to represent the trustee in this case and states:

1. It is necessary that the trustee employ an attorney to represent the trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2. The attorney does not hold or represent any interest adverse to the estate and the trustee believes that the employment of this attorney would be in the best interest of the estate.

3. Attached to this motion is the proposed attorney's affidavit demonstrating Mark Bonacquisti of The Salkin Law Firm, P.A., are disinterested as required by 11 U.S.C. §327(a), with the disclosure noted in the affidavit and a verified statement as required under Bankruptcy Rule 2014.

4. The attorney has agreed to be compensated in accordance with 11 U.S.C. §330. The trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the trustee on its relations with, and responsibilities to, the debtor, creditors and other parties.

WHEREFORE, the trustee respectfully requests an order authorizing the employment of Mark Bonacquisti, Esq. and The Salkin Law Firm, P.A. to represent the trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

I HEREBY CERTIFY that a copy of the foregoing was mailed via U.S. mail to all parties on the attached service list, and via CM/ECF to attorney for the debtor and Office of the United States Trustee on April 12, 2024.

/s/ Sonya S. Slott, Trustee
Sonya S. Slott, Trustee
P.O. Box 15580
Plantation, FL 33318
Tel: 954-423-4469

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

JEFFREY MARK GALLUPS                      Case No. 24-12653-SMG
                                                            Chapter 7

            DEBTOR_____/

### VERIFIED STATEMENT OF MARK BONACQUISTI, ESQ. ON BEHALF OF THE SALKIN LAW FIRM P.A. AS PROPOSED GENERAL COUNSEL FOR THE TRUSTEE

Pursuant to 11 U.S.C. § 327 F.R.B.P., 2014 and 9011, 28 U.S.C. § 1746 and Local Rule 2014-1(A), the proposed attorney for the Trustee hereby submits his Verified Statement and states:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida.

2. I am employed by The Salkin Law Firm, P.A. with offices located at 950 South Pine Island Road, Suite A150, Plantation, FL 33324. Neither I, nor the firm hold or represent any interest adverse to the estate, and we are disinterested persons as required by §327(a). The Trustee is a member of the firm.

3. Neither I, nor The Salkin Law Firm, P.A. have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee. The Trustee is a member of The Salkin Law Firm P.A.

4. The hourly billing rate for attorneys are $400.00 to $500.00, and for clerks and paralegals ranging from $100.00 to $150.00 subject to periodic change and subject to award of the Bankruptcy Court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: April 12, 2024

_/s/ Mark Bonacquisti_
Mark Bonacquisti, Esq.
FBN: 703257
P.O. Box 15580
Plantation, FL 33318
Tel.: (954) 423-4469

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 24-12653-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Apr 12 11:59:55 EDT 2024 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | First Horizon Bank<br>Aldridge Pite, LLP<br>3525 Piedmont Road, N.E., Suite 700<br>Atlanta, GA 30305-1608 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Baker, Donelson, Bearman, Caldwell<br>200 South Orange Avenue<br>Suite 2900<br>PO Box 1549<br>Orlando, FL 32802-1549 | Broward County Tax Collector<br>115 S. Andrews Avenue<br>Room 318<br>Fort Lauderdale, FL 33301-1817 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Capital One/SaksFirst<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dovenmuehle/frsthrznbk<br>1 Corporate Dr<br>Lake Zurich, IL 60047-8944 | First Horizon Corp<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 |
| Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Hendricks Isle HOA, Inc.<br>c/o Susan Wamsley<br>401 SE 25th Avenue<br>#505<br>Fort Lauderdale, FL 33301-2648 |
| IBERIA/First Horizon Bank<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive Finance<br>Attn: Bankrutcy<br>Po Box 542000<br>Omaha, NE 68154-8000 |
| Merrick Garland<br>Attorney General of the United States<br>99 Pennsylvania Ave NW<br>Room 4400<br>Washington, DC 20530-0001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road #555<br>Atlanta, GA 30305-4909 | Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)<br>1000 S. PIne Island Road<br>Ste 300<br>Fort Lauderdale, FL 33324-3910 | Syncb/home Design Se<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>Attn: Bankruptcy<br>200 Pine St W<br>Wilson, NC 27893-3288 |

| | | |
|---|---|---|
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United Community Bank<br>Attn: Bankruptcy<br>2 West Washington Street, Ste 700<br>Greenville, SC 29601-4889 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 | Jeffrey Mark Gallups<br>205 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 |
| John K. Rezac<br>1600 Parkwood Circle,<br>Suite 200<br>Atlanta, GA 30339-2119 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | S. Gregory Hays<br>c/o Taylor English Duma LLP<br>1600 Parkwood Cir., Suite 200<br>Atlanta, GA 30339-2119 |
| Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318-5580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 |
| PNC Financial<br>Attn: Bankruptcy<br>300fifth Ave<br>Pittsburgh, PA 15222 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Nancy Jennings | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |