United States Bankruptcy Court
Southern District of Florida

In re:     Case No. 24-12653-SMG
Jeffrey Mark Gallups     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 4
Date Rcvd: Apr 11, 2024     Form ID: 309A     Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Mark Gallups, 205 Hendricks Isle, Fort Lauderdale, FL 33301-3706 |
| aty | + | Catrina Humphrey Markwalter, 255 Rivertown Shops Drive, Suite 102 #159, Saint Johns, FL 32259-7507 |
| aty | + | James R McCachren, 50 N Laura St # 2600, Jacksonville, FL 32202-3629 |
| aty | + | Melissa A. Campbell, 200 S. Orange Ave., Ste 2900, Orlando, FL 32801-3448 |
| aty | + | Scott Andron, 115 S. Andrews Ave., #423, Fort Lauderdale, FL 33301-1826 |
| aty | + | Wanda D Murray, 3525 Piedmont Road, N.E. #700, Atlanta, GA 30305-1608 |
| cr | + | First Horizon Bank, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305-1608 |
| intp | + | John K. Rezac, 1600 Parkwood Circle,, Suite 200, Atlanta, GA 30339-2119 |
| op | + | S. Gregory Hays, c/o Taylor English Duma LLP, 1600 Parkwood Cir., Suite 200, Atlanta, GA 30339-2119 |
| 97298643 | + | Baker, Donelson, Bearman, Caldwell, 200 South Orange Avenue, Suite 2900, PO Box 1549, Orlando, FL 32802-1549 |
| 97298651 | + | First Horizon Corp, Attn: Bankruptcy, 165 Madison Ave, Memphis, TN 38103-2723 |
| 97298654 | + | Hendricks Isle HOA, Inc., c/o Susan Wamsley, 401 SE 25th Avenue, #505, Fort Lauderdale, FL 33301-2648 |
| 97298655 | + | IBERIA/First Horizon Bank, Attn: Bankruptcy, 165 Madison Ave, Memphis, TN 38103-2723 |
| 97298662 | + | S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Road #555, Atlanta, GA 30305-4909 |
| 97298670 | #+ | United Community Bank, Attn: Bankruptcy, 2 West Washington Street, Ste 700, Greenville, SC 29601-4889 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@nowackolson.com | Apr 11 2024 22:40:00 | Mitchell J. Nowack, Esq., 8551 Sunrise Blvd #208, Plantation, FL 33322 |
| tr | + | EDI: FSLSALKIN.COM | Apr 12 2024 03:35:00 | Sonya Salkin Slott, PO Box 15580, Plantation, FL 33318-5580 |
| smg | + | Email/Text: swulfekuhle@broward.org | Apr 11 2024 22:40:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Apr 12 2024 03:36:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 11 2024 22:41:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| intp | + | Email/Text: jrezac@taylorenglish.com | Apr 11 2024 22:41:48 | John K. Rezac, 1600 Parkwood Circle,, Suite 200, Atlanta, GA 30339-2119 |
| op | + | Email/Text: jrezac@taylorenglish.com | Apr 11 2024 22:41:48 | S. Gregory Hays, c/o Taylor English Duma LLP, 1600 Parkwood Cir., Suite 200, Atlanta, GA 30339-2119 |
| 97298640 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 11 2024 22:54:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 97298641 | + | EDI: GMACFS.COM | Apr 12 2024 03:36:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |

| District/off: 113C-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 309A | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| 97298642 | + Email/PDF: bncnotices@becket-lee.com<br>Apr 11 2024 22:54:27 | | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 97318644 | + Email/Text: swulfekuhle@broward.org<br>Apr 11 2024 22:40:00 | | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| 97298644 | + Email/Text: swulfekuhle@broward.org<br>Apr 11 2024 22:40:00 | | Broward County Tax Collector, 115 S. Andrews Avenue, Room 318, Fort Lauderdale, FL 33301-1817 |
| 97298645 | Email/Text: caineweiner@ebn.phinsolutions.com<br>Apr 11 2024 22:41:00 | | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 97298646 | + EDI: CAPITALONE.COM<br>Apr 12 2024 03:36:00 | | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 97298648 | + EDI: CITICORP<br>Apr 12 2024 03:35:00 | | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 97298649 | + EDI: DISCOVER<br>Apr 12 2024 03:36:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 97298650 | + Email/Text: BKCourtNotices@yourmortgageonline.com<br>Apr 11 2024 22:41:00 | | Dovenmuehle/frsthrznbk, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 97298652 | + EDI: PHINAMERI.COM<br>Apr 12 2024 03:36:00 | | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 97298653 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com<br>Apr 11 2024 22:41:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 97298656 | EDI: IRS.COM<br>Apr 12 2024 03:36:00 | | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 97298658 | + Email/Text: EBNBKNOT@ford.com<br>Apr 11 2024 22:42:00 | | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 97298659 | ^ MEBN<br>Apr 11 2024 22:35:46 | | Merrick Garland, Attorney General of the United States, 99 Pennsylvania Ave NW, Room 4400, Washington, DC 20530-0001 |
| 97298660 | Email/Text: Bankruptcy.Notices@pnc.com<br>Apr 11 2024 22:41:00 | | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 97298663 | + Email/Text: Melinda.L.Gill@irscounsel.treas.gov<br>Apr 11 2024 22:41:00 | | Special Assistant United States Attorney, Associates Area Counsel (SBSE), 1000 S. PIne Island Road, Ste 300, Fort Lauderdale, FL 33324-3910 |
| 97298664 | + EDI: SYNC<br>Apr 12 2024 03:36:00 | | Syncb/home Design Se, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97298665 | + EDI: SYNC<br>Apr 12 2024 03:36:00 | | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97298666 | + EDI: SYNC<br>Apr 12 2024 03:36:00 | | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 97298668 | + Email/Text: bankruptcy@bbandt.com<br>Apr 11 2024 22:41:00 | | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 97298667 | + Email/Text: bankruptcy@bbandt.com<br>Apr 11 2024 22:41:00 | | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 97298647 | Email/Text: USAFLS.Bankruptcy@usdoj.gov<br>Apr 11 2024 22:41:00 | | Civil Process Clerk, Attorney General of the United States, Southern District of Florida, 99 NE 4th Street, Miami, FL 33132 |
| 97298657 | Email/Text: USAFLS.Bankruptcy@usdoj.gov<br>Apr 11 2024 22:41:00 | | Juan Antonio Gonzalez, United States Attorney, Southern District of Florida, 99 NE 4th Street Ste 300, Miami, FL 33132 |
| 97298661 | Email/Text: USAFLS.Bankruptcy@usdoj.gov<br>Apr 11 2024 22:41:00 | | Raychelle Tasher, Assistant United States Attorney office, Southern District of Florida, 99 |

| District/off: 113C-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: 309A | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 97298669 | + EDI: USBANKARS.COM | | Apr 12 2024 03:36:00 | NE 4th Street Ste 300, Miami, FL 33132<br>U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 97298671 | + EDI: VERIZONCOMB.COM | | Apr 12 2024 03:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 97298672 | + EDI: WFFC2 | | Apr 12 2024 03:36:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | John K Rezac, 1600 Parkwood Circle, Ste 200, Atlanta, GA 30339-2119 |
| smg | * | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| cr | *+ | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 13, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catrina Humphrey Markwalter | on behalf of Other Professional S. Gregory Hays cmarkwalter@taylorenglish.com |
| James R McCachren | on behalf of Creditor Nancy Jennings jrmccachren@sgrlaw.com dhsmith@sgrlaw.com;lfelici@sgrlaw.com;bhall@sgrlaw.com |
| John K Rezac | on behalf of Other Professional S. Gregory Hays jrezac@taylorenglish.com |
| Melissa A. Campbell | on behalf of Creditor First Horizon Bank mcampbell@bakerdonelson.com achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Mitchell J. Nowack, Esq. | on behalf of Debtor Jeffrey Mark Gallups ecf@nowackolson.com mjnmyecfmail@gmail.com;tabitha@nowackolson.com;r53443@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com ecf2@ch13weiner.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 11, 2024 | Form ID: 309A | Total Noticed: 48 |

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Sonya Salkin Slott
    sonya@msbankrupt.com
    FL41@ecfcbis.com;sls1@trustesolutions.net;mark@msbankrupt.com;Kristen@msbankrupt.com;sls@msbankrupt.com;trusteesalkin@msbankrupt.com;Zachary@msbankrupt.com

Wanda D Murray
    on behalf of Creditor First Horizon Bank ecfflsb@aldridgepite.com  WMurray@ecf.courtdrive.com

TOTAL: 10

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jeffrey Mark Gallups<br>First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–2065<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed in chapter: | 13    3/21/24 |
| Case number: | 24–12653–SMG | Date case converted to chapter: | 7    4/10/24 |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, this case, originally filed under chapter 13 has converted to chapter 7. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on** any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Jeffrey Mark Gallups | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Jeffrey M Gallups, aka Jeffrey Gallups | |
| 3. | **Address** | 205 Hendricks Isle<br>Fort Lauderdale, FL 33301 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322 | Contact Phone (954)349–2265 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318 | Contact Phone 954–423–4469 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (954) 769–5700 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **4/11/24** |

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (09/01/2023)  page 1

Debtor  **Jeffrey Mark Gallups**                                                                                                  Case number **24–12653–SMG**

| 7. | ** MEETING OF CREDITORS ** | **May 7, 2024** at **10:30 AM** | ***MEETING WILL BE HELD BY VIDEO CONFERENCE*** |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Go to www.Zoom.us, click on JOIN or call (813) 515–2981, Enter Meeting ID 728 492 0843, and Passcode 5525958902**<br><br>For additional meeting information visit: www.justice.gov/ust/moc |
| **8. Presumption of Abuse** | | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | | |
| **9. Deadlines** | | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 7/8/24 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | | **You must file a complaint:**<br>  if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>  if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>  the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |