UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Chapter 13 |
| JEFFREY MARK GALLUPS, ) | |
| ) | Case No. 24-12653-SMG |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Nancy Jennings, a creditor in this matter, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the following:

>Michael F. Holbein
>1105 W. Peachtree Street NE
>Suite 1000
>Atlanta, GA 30309
>Email: mholbein@sgrlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtors or property of the estate.

SGR/70681034.1

Dated: April 15, 2024                    Respectfully submitted,

                                              **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Michael F. Holbein*
Michael F. Holbein
Florida Bar No. 1033402
Brian P. Hall
Florida Bar No.: 0070051
bhall@sgrlaw.com
mholbein@sgrlaw.com
1105 W. Peachtree Street NE
Suite 1000
Atlanta, GA 30309
Phone: (404) 815-3537
Facsimile: (404) 685-6837

By: */s/ James R. McCachren*
James R. McCachren
Florida Bar No.: 986585
jmccachren@sgrlaw.com
apelegrin@sgrlaw.com
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
Phone: (904) 598-6109
Facsimile: (904) 598-6209

*Attorneys for Nancy Jennings*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2024, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case

By: */s/ Michael F. Holbein*
Michael F. Holbein

SGR/70681034.1