

**ORDERED in the Southern District of Florida on April 19, 2024.**

*[signature]*

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                                   Case No. 24-12653-SMG
JEFFREY MARK GALLUPS                                                       Chapter 7

        Debtor.
_____/

**AGREED ORDER GRANTING TRUSTEE'S AGREED *EX PARTE* MOTION FOR TURNOVER OF DEBTOR'S FUNDS HELD BY GEORGIA STATE COURT RECEIVER**

This matter came before the Court upon the *Trustee's Agreed Ex Parte Motion for Turnover of Debtor's Funds Held By Georgia State Court Receiver* ("Motion") [ECF #44]. The Court having reviewed said Motion, having been advised that counsel for the parties agree to the entry of this Order, and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1.      The Motion is **GRANTED**.

1

2. The Funds (as defined in the Motion) are to be held by the Trustee as property of the bankruptcy estate, subject to the further order of this Court prior to any use or disbursement. The relief granted herein is not meant to be, nor will it constitute, any determination as to any special rights, interests, or priorities that any third party may claim in the Funds or against the bankruptcy estate generally.

###

Submitted by:   Mark Bonacquisti, Esq.
FBN 0703257

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
mark@msbankrupt.com

Mr. Bonacquisti will provide a true and correct copy and file a certificate of service to all interested parties.