UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:   Case No. 24-12653-BKC-SMG
Chapter 7

Jeffrey Mark Gallups,

_____ Debtor. /

**TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT
OF SONEET R. KAPILA AND
KAPILAMUKAMAL AS ACCOUNTANTS
*RETROACTIVE TO* APRIL 17, 2024**

Sonya Salkin Slott, as Trustee for the estate of the above-captioned Debtor (the "Trustee"), applies (the "Application") on an *ex parte* basis pursuant to 11 U.S.C § 327(a), Rule 2014(a), Fed.R.Bank.P. 2014 and Fed.R.Bankr.P. 2016, and Local Rule 9013-1(c)(d), for authorization and approval of the employment of Soneet R. Kapila, CPA, CFF, CIRA, CFE and the accounting firm of KapilaMukamal, Certified Public Accountants (collectively "KM") as accountants for the Trustee, *Retroactive to* April 17, 2024, and respectfully represents:

1. The undersigned is the duly appointed, qualified and acting Trustee in this case.

2. Soneet R. Kapila and Barry E. Mukamal are partners in KM and are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida. Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees.

3. In order for the Trustee to properly discharge her duties in this case, it is essential that she employ accountants to assist her in tax compliance filings and other financial matters. The Trustee has selected KM because of its extensive experience and expertise in bankruptcy and related matters.

1

4. The Trustee seeks to employ KM to render the following professional services to the Trustee:

   a) Review of all financial information prepared by the Debtor or its accountants, including but not limited to a review of the Debtor's financial information as of the date of the filing of the petition, its assets and liabilities, and its secured and unsecured creditors;

   b) review and analysis of the organizational structure of and financial interrelationships among the Debtor and its affiliates and insiders, including a review of the books of such companies or persons as may be requested;

   c) review and analysis of transfers to and from the Debtor to third parties, both pre-petition and post-petition;

   d) attendance at meetings with the Debtor, its creditors, the attorneys of such parties, and with federal, state, and local tax authorities, if requested;

   e) review of the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

   f) the rendering of such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary; and

   g) preparation of estate tax returns.

5. KM neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14)

and § 327(a) and (d), and its employment would be in the best interest of the estate and its creditors. An affidavit in support of this application is attached hereto as Exhibit A.

6. KM has agreed to perform the foregoing services at the ordinary and customary hourly billing rates of its professionals who will perform services in this matter, currently ranging from $180 - $820 depending on the skill level and experience of the relevant professional. Lesley M. Johnson, CPA, KM's Tax Partner will have primary responsibility to oversee the tax services and her hourly rate is currently $620. KM rates are subject to periodic adjustment. KM will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. KM recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

7. In an abundance of caution and in the interests of full disclosure, the Trustee and KM make the following additional disclosures: (a) the Trustee, Sonya Salkin Slott, in his/her capacity as an attorney, has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates; (b) the Trustee's general counsel in this case, The Salkin Law Firm PA has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates; (c) the law firm in which the Trustee is a partner, The Salkin Law Firm PA has in the past, and will likely in the future, represent both Kapila and Mukamal in their capacity as trustees of unrelated bankruptcy estates, (d) Sonya Salkin Slott and The Salkin Law Firm PA have in the past, and will likely in the future, represent parties whose interests are adverse to those of Kapila and/or Mukamal in their capacity as trustees of unrelated bankruptcy estates; (e) Sonya Salkin Slott and The Salkin Law Firm PA have in the past, and will likely in the future, represent parties in unrelated cases who

will retain KM as accountants and/or experts in unrelated cases; and (f) Sonya Salkin Slott in her capacity as trustee of unrelated bankruptcy estates, has in the past, and will likely in the future, retain KM as accountants and/or experts in unrelated cases. The Trustee and KM assert that none of the above disclosures impair KM's ability to serve as accountant to the Trustee and the Estate.

8. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF). Barry E. Mukamal is a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order approving the selection and employment by the Trustee of KM as her accountants to perform the services set forth in this Application, upon the terms and conditions set forth herein.

I HEREBY CERTIFY that a true copy of the Application of Trustee for Employment of Soneet R. Kapila, CPA and KapilaMukamal as Accountants *Retroactive to* April 17, 2024, was served by transmission of Notices of Electronic Filing generated by CM/ECF to this parties registered to receive electronic notices of filing in this case on this 29th day of April, 2024.

        Sonya Salkin Slott, as Trustee for the Estate
        of Jeffrey Mark Gallups
        PO Box 15580
        Plantation, FL  33318

        BY:  \s\ ***Sonya Salkin Slott***
               Sonya Salkin Slott

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                    Case No. 24-12653-BKC-SMG
                                          Chapter 7

Jeffrey Mark Gallups,

_____ Debtor. /

## AFFIDAVIT OF ACCOUNTANT

STATE OF FLORIDA    )
COUNTY OF BROWARD )

  SONEET R. KAPILA, being duly sworn, states:

  1. I am a duly licensed certified public accountant in the State of Florida and a partner in the independent public accounting firm of KapilaMukamal ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

  2. I am a founding partner of KM, together with Barry E. Mukamal.

  3. The Trustee has requested KM to represent her for the reasons stated in the said application.

  4. While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. § 327(a). To the best of my knowledge, KM does not have nor has it had any connection with the Debtors, their affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, § 2014 except as set forth below.

5. Soneet R. Kapila and Barry E. Mukamal, both partners of the accounting firm of KM, are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida. Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

6. As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case. However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

7. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF). Barry E. Mukamal is

a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SONEET R. KAPILA, CPA, CFF, CIRA, CFE

STATE OF FLORIDA
COUNTY OF BROWARD

THE FOREGOING INSTRUMENT was acknowledged before me via ☑ physical presence OR ☐ online notarizations this 29th day of April, 2024.

By Soneet R. Kapila

☑ personally known OR ☐ produced identification

Type of identification produced _____

My commission expires: 03/20/2027

_____
Notary Public, State of Florida

JANE PACHECO SILVA
Commission # HH 361705
Expires March 20, 2027

```
Label Matrix for local noticing          Broward County                            First Horizon Bank
113C-0                                   c/o Records, Taxes & Treasury             Aldridge Pite, LLP
Case 24-12653-SMG                        Attn: Bankruptcy Section                  3525 Piedmont Road, N.E., Suite 700
Southern District of Florida             115 S. Andrews Ave. A-100                 Atlanta, GA 30305-1608
Fort Lauderdale                          Ft. Lauderdale, FL 33301-1888
Fri Apr 12 11:59:55 EDT 2024

Affirm, Inc.                             Ally Financial                            Amex
Attn: Bankruptcy                         Attn: Bankruptcy                          Correspondence/Bankruptcy
650 California St, Fl 12                 Po Box 380901                             Po Box 981540
San Francisco, CA 94108-2716             Bloomington, MN 55438-0901                El Paso, TX 79998-1540


Baker, Donelson, Bearman, Caldwell       Broward County Tax Collector              (p)CAINE & WEINER COMPANY
200 South Orange Avenue                  115 S. Andrews Avenue                     12005 FORD ROAD 300
Suite 2900                               Room 318                                  DALLAS TX 75234-7262
PO Box 1549                              Fort Lauderdale, FL 33301-1817
Orlando, FL 32802-1549


Capital One/SaksFirst                    (p)U S  ATTORNEY'S OFFICE                 Costco Citi Card
Attn: Bankruptcy                         99 NE 4TH STREET SUITE 300                Attn: Bankruptcy
Po Box 30285                             MIAMI FL 33132-2131                       Po Box 6500
Salt Lake City, UT 84130-0285                                                      Sioux Falls, SD 57117-6500


Discover Financial                       Dovenmuehle/frsthrznbk                    First Horizon Corp
Attn: Bankruptcy                         1 Corporate Dr                            Attn: Bankruptcy
Po Box 3025                              Lake Zurich, IL 60047-8944                165 Madison Ave
New Albany, OH 43054-3025                                                          Memphis, TN 38103-2723


Gm Financial                             Goldman Sachs Bank USA                    Hendricks Isle HOA, Inc.
Attn: Bankruptcy                         Attn: Bankruptcy                          c/o Susan Wamsley
Po Box 183853                            Po Box 70379                              401 SE 25th Avenue
Arlington, TX 76096-3853                 Philadelphia, PA 19176-0379               #505
                                                                                   Fort Lauderdale, FL 33301-2648


IBERIA/First Horizon Bank                Internal Revenue Service                  Lincoln Automotive Finance
Attn: Bankruptcy                         POB 7346                                  Attn: Bankrutcy
165 Madison Ave                          Philadelphia, PA 19101-7346               Po Box 542000
Memphis, TN 38103-2723                                                             Omaha, NE 68154-8000


Merrick Garland                          Office of the US Trustee                  (p)PNC BANK RETAIL LENDING
Attorney General of the United States    51 S.W. 1st Ave.                          P O BOX 94982
99 Pennsylvania Ave NW                   Suite 1204                                CLEVELAND OH 44101-4982
Room 4400                                Miami, FL 33130-1614
Washington, DC 20530-0001


S. Gregory Hays                          Special Assistant United States Attorney  Syncb/home Design Se
Hays Financial Consulting, LLC           Associates Area Counsel (SBSE)            Attn: Bankruptcy
2964 Peachtree Road #555                 1000 S. PIne Island Road                  Po Box 965060
Atlanta, GA 30305-4909                   Ste 300                                   Orlando, FL 32896-5060
                                         Fort Lauderdale, FL 33324-3910


Synchrony Bank/Care Credit               Synchrony Bank/HHGregg                    Truist Bank
Attn: Bankruptcy                         Attn: Bankruptcy                          Attn: Bankruptcy
Po Box 965060                            Po Box 965060                             200 Pine St W
Orlando, FL 32896-5060                   Orlando, FL 32896-5060                    Wilson, NC 27893-3288
```

| | | |
|---|---|---|
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United Community Bank<br>Attn: Bankruptcy<br>2 West Washington Street, Ste 700<br>Greenville, SC 29601-4889 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 | Jeffrey Mark Gallups<br>205 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 |
| John K. Rezac<br>1600 Parkwood Circle,<br>Suite 200<br>Atlanta, GA 30339-2119 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | S. Gregory Hays<br>c/o Taylor English Duma LLP<br>1600 Parkwood Cir., Suite 200<br>Atlanta, GA 30339-2119 |
| Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318-5580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 |
| PNC Financial<br>Attn: Bankruptcy<br>300fifth Ave<br>Pittsburgh, PA 15222 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Nancy Jennings | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |