UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 24-12653-SMG

JEFFREY MARK GALLUPS  Chapter 7

Debtor.
_____/

## NOTICE OF ABANDONMENT OF PROPERTY

TO: ALL INTERESTED PARTIES LISTED BELOW

FROM: SONYA S. SLOTT, TRUSTEE

PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.  NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED PROPERTY:

**Debtor's membership interests in Milton Hall Surgical Associates, LLC; Alpharetta Surgery Center, LLC; ENTI Surgery Center, LLC; ENTI Anesthesia, LLC, HCENTI, LLC; Milton Hall Management, LLC; MHSA Management, LLC; Nutmeg Management LLC, and Marble Management LLC; and DRG Media, LLC**

**and**

**Debtor's interest in Milton Hall Trust**

**and**

**2010 Mercedes S 550 as listed on line 3.1 of Amended Schedules (ECF #61)**

**and**

**cellphone, tv, & computer as listed on line 7 of Amended Schedules (ECF #61)**

**and**

**clothes as listed on line 11 of Amended Schedules (ECF #61)**

THESE PROPERTIES ARE BEING ABANDONED FOR THE FOLLOWING REASONS:

PROPERTY IS BEING ABANDONED BECAUSE: THERE IS NO EQUITY IN THE PROPERTY: THE PROPERTY IS OF NO VALUE TO THE ESTATE; THE PROPERTY IS BURDENSOME TO THE ESTATE OR IS INCONSEQUENTIAL IN VALUE.

WRITTEN OBJECTIONS TO THIS ABANDONMENT ARE TO BE FILED WITH THE CLERK, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA, FEDERAL BUILDING,

[ ]    51 SOUTHWEST FIRST AVENUE, 15TH FLOOR, MIAMI, FLORIDA 33130

[X]    299 EAST BROWARD BLVD., ROOM 112, FT. LAUDERDALE, FLORIDA 33301

[ ]    1515 NORTH FLAGLER DRIVE, WEST PALM BEACH, FLORIDA 33401

ANY OBJECTIONS FILED WILL BE SET FOR HEARING WITH THE BANKRUPTCY COURT FOR RESOLUTION. UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE, THE PROPERTY SHALL BE DEEMED TO BE ABANDONED, COPIES OF ANY OBJECTIONS ARE TO BE MAILED TO:

SONYA S. SLOTT, TRUSTEE
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469

***PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.***

I CERTIFY THAT A COPY HEREOF HAS BEEN FURNISHED TO THE PARTIES LISTED ON THE ATTACHED SERVICE LIST BY U.S. MAIL ON THIS DATE.

Dated: May 10, 2024          /s/ Sonya S. Slott, Trustee
                             Sonya S. Slott, Trustee
                             P.O. Box 15580
                             Plantation, FL 33318
                             (954) 423-4469

COPIES:
Debtor(s)
Secured Creditors
Any other parites of interest
listed on the attached exhibit

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 24-12653-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Apr 12 11:59:55 EDT 2024 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | First Horizon Bank<br>Aldridge Pite, LLP<br>3525 Piedmont Road, N.E., Suite 700<br>Atlanta, GA 30305-1608 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Baker, Donelson, Bearman, Caldwell<br>200 South Orange Avenue<br>Suite 2900<br>PO Box 1549<br>Orlando, FL 32802-1549 | Broward County Tax Collector<br>115 S. Andrews Avenue<br>Room 318<br>Fort Lauderdale, FL 33301-1817 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Capital One/SaksFirst<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dovenmuehle/frsthrznbk<br>1 Corporate Dr<br>Lake Zurich, IL 60047-8944 | First Horizon Corp<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 |
| Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Hendricks Isle HOA, Inc.<br>c/o Susan Wamsley<br>401 SE 25th Avenue<br>#505<br>Fort Lauderdale, FL 33301-2648 |
| IBERIA/First Horizon Bank<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive Finance<br>Attn: Bankrutcy<br>Po Box 542000<br>Omaha, NE 68154-8000 |
| Merrick Garland<br>Attorney General of the United States<br>99 Pennsylvania Ave NW<br>Room 4400<br>Washington, DC 20530-0001 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road #555<br>Atlanta, GA 30305-4909 | Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)<br>1000 S. PIne Island Road<br>Ste 300<br>Fort Lauderdale, FL 33324-3910 | Syncb/home Design Se<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>Attn: Bankruptcy<br>200 Pine St W<br>Wilson, NC 27893-3288 |

| | | |
|---|---|---|
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United Community Bank<br>Attn: Bankruptcy<br>2 West Washington Street, Ste 700<br>Greenville, SC 29601-4889 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 | Jeffrey Mark Gallups<br>205 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 |
| John K. Rezac<br>1600 Parkwood Circle,<br>Suite 200<br>Atlanta, GA 30339-2119 | Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | S. Gregory Hays<br>c/o Taylor English Duma LLP<br>1600 Parkwood Cir., Suite 200<br>Atlanta, GA 30339-2119 |
| Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318-5580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 |
| PNC Financial<br>Attn: Bankruptcy<br>300fifth Ave<br>Pittsburgh, PA 15222 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Nancy Jennings | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |