# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
# www.flsb.uscourts.gov

In re

JEFFREY MARK GALLUPS,

     Debtor

_____/

Case No. 24-12653-SMG

Chapter 13

## WITHDRAWAL WITHOUT PREJUDICE OF LIMITED OBJECTION TO NOTICE OF ABANDONMENT OF PROPERTY

S. Gregory Hays, solely in his capacity as Receiver ("Receiver"), appointed pursuant to the August 16, 2023, *Order Compelling Compliance, Appointing Receiver, and Granting Injunctive Relief* (the "Receivership Order") of the Superior Court of Fulton County, Georgia (the "Superior Court"), hereby withdraws without prejudice his *Limited Objection to Notice of Abandonment of Property* filed May 24, 2024 [Docket No. 68].

May 29, 2024.

        TAYLOR ENGLISH DUMA LLP

*/s/ John K. Rezac*
Catrina Markwalter
Florida Bar No. 71999
255 Rivertown Shops Drive, Suite 102
#159
Saint Johns, Florida 32259
(404) 640-5929
cmarkwalter@taylorenglish.com

John K. Rezac
Georgia Bar No. 601935
*Admitted Pro Hac Vice*
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868
jrezac@taylorenglish.com

*Counsel for S. Gregory Hays, Receiver*

## CERTIFICATION PURSUANT TO LR 9011-4(b)(2)

I hereby certify that the undersigned attorney is appearing *pro hac vice* in this matter pursuant to Court order dated April 1, 2024, [Docket No. 15].

May 29, 2024.

        */s/ John K. Rezac*
        Georgia Bar No. 601935
        *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this day via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case, and by First Class United States Mail upon the following persons:

Jeffrey Mark Gallups
205 Hendricks Isle
Fort Lauderdale, FL 33301

Mitchell J. Nowack, Esq.
8551 Sunrise Blvd #208
Plantation, FL 33322

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

May 29, 2024.

/s/ John K. Rezac
John K. Rezac