

**ORDERED in the Southern District of Florida on July 11, 2024.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:  
JEFFREY MARK GALLUPS

Debtor.
_____/

Case No. 24-12653-SMG  
Chapter 7

### ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE TRUSTEE TO SELL THE DEBTOR'S INTERESTS IN CERTAIN LIFE INSURANCE POLICIES

This matter came before the Court for hearing on July 10, 2024 at 10:00 a.m. upon the *Trustee's Motion for Entry of Order Authorizing the Trustee to Sell the Debtor's Interests in Certain Life Insurance Policies* ("Motion") [ECF #72]. The Court having heard from counsel for the Trustee, having reviewed said Motion, and noting that no objections were filed, and being otherwise fully advised in the premises, it is **ORDERED** as follows:

1

1. The Motion is **GRANTED**.

2. The Trustee is authorized to sell the Policies (as defined in the Motion) upon the terms set forth in the Purchase Agreement attached to the Motion, and execute any and all documents necessary in connection with the proposed sale.

###

Submitted by: Mark Bonacquisti, Esq.
FBN 0703257

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
mark@msbankrupt.com

Mr. Bonacquisti will provide a true and correct copy and file a certificate of service to all interested parties.