

**ORDERED in the Southern District of Florida on July 11, 2024.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:                                                            Case No. 24-12653-SMG
JEFFREY MARK GALLUPS                              Chapter 7

              Debtor.
_____ /

### ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE TRUSTEE TO EXERCISE ANY AND ALL RIGHTS ARISING FROM OR RELATED TO THE DEBTOR'S INTERESTS IN CERTAIN LIFE INSURANCE POLICIES

This matter came before the Court for hearing on July 10, 2024 at 10:00 a.m. upon the *Trustee's Motion for Entry of Order Authorizing the Trustee to Exercise Any and All Rights Arising From or Related to the Debtor's Interests in Certain Life Insurance Policies* ("Motion") [ECF #74]. The Court having heard from counsel for the Trustee, having reviewed said Motion, and

1

noting that no objections were filed, and being otherwise fully advised in the premises, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Trustee is authorized, in her best business judgment, to terminate and/or surrender the Policies (as described in the Motion), and execute any and all documents necessary to achieve the same, and collect the net cash value of the Policies

###

Submitted by: Mark Bonacquisti, Esq.
FBN 0703257

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
mark@msbankrupt.com

Mr. Bonacquisti will provide a true and correct copy and file a certificate of service to all interested parties.