**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

**Jeffrey Mark Gallups,**

                                                                         **Case No. 24-12653-SMG**

                                                                         **Chapter 7**

Debtor(s)
_____/

**NOTICE OF SATISFACTION OF TAX CLAIM**

By this Notice, we do hereby request that Broward County's proof of claim, No. 2, filed on April 4, 2024, be removed from the above referenced case. The claim is for 2023 real estate taxes. The claim has been paid in full by Dovenmuehle Mortgage, Inc.

If you have any questions regarding this matter, please call me at (954) 357-7629.

Respectfully submitted this 24th day of July 2024,

                                                      Andrew J. Meyers
                                                      Broward County Attorney
                                                      Governmental Center, Suite 423
                                                      115 South Andrews Avenue
                                                      Fort Lauderdale, Florida 33301
                                                      Telephone:   (954) 357-7600
                                                      Telecopier:   (954) 357-7641

                                    By     <u>/s/ Scott Andron</u>
                                                      Scott Andron
                                                      Assistant County Attorney
                                                      Florida Bar No.112355
                                                      sandron@broward.org