## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:                                                     Case No. 24-12653-SMG
                                                             Chapter 7

JEFFREY MARK GALLUPS

       Debtor.
_____/

### NOTICE OF RULE 2004 EXAMINATION
### OF S. GREGORY HAYS, RECEIVER, AS AND ONLY AS RECEIVER MILTON HALL SURGICAL ASSOCIATES, LLC AND ASSOCIATES ENTITIES *DUCES TECUM*

*(only for the production of documents)*

Sonya S. Slott, Trustee, by the undersigned attorney, will examine S. Gregory Hays, Receiver, as and only as Receiver Milton Hall Surgical Associates, LLC and Associate Entities, under oath on **August 9, 2024 at 10:00 a.m. at the offices of The Salkin Law Firm, 950 S. Pine Island Road, Suite A-150, Plantation, FL 33324.**

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be recorded by this method: the examination is for the request of documents only**.** The scope of the examination shall be as described in Bankruptcy Rule 2004.

Pursuant to Local Rule 2004-1 no order shall be necessary. The Rule 2004 Examination with document requests described on Exhibit A is attached to this notice.

■       Production: [The examinee or your representatives must provide to Zachary Malnik via email at zachary@msbankrupt.com **no later than August 2, 2024 at 10:00 a.m.** documents, electronically stored information, or objects described on the attached schedule (or if the examination if of a witness other than the debtor, on the attached subpoena), and must permit inspection, copying, testing, or sampling of the materials.]

Interested parties are directed to contact undersigned on the day prior to the scheduled examination to confirm that the examination is going forward on the following day.

## CERTIFICATE OF SERVICE

COMES NOW, SONYA S. SLOTT, TRUSTEE, and hereby certifies that a copy of this motion was served via CM/ECF to all parties registered to receive electronic notice, or (ii) via U.S. Mail to all parties on the attached service list on July 26, 2024.

By: /s/ Zachary Malnik, Esq.
Zachary Malnik, Esq.
FLBN 1010272

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
zachary@msbankrupt.com

S. Gregory Hays, Receiver, as and only as Receiver Milton Hall Surgical Associates, LLC and Associate Entities
c/o Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

John Rezac, Esq.
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re:

                                Case No. 24-12653-SMG

JEFFREY MARK GALLUPS

                                Chapter 7

_____DEBTOR____/

## SUBPOENA FOR RULE 2004 EXAMINATION
### *DUCES TECUM*

To: S. Gregory Hays, Receiver, as and only as Receiver Milton Hall Surgical Associates, LLC and Associate Entities
    c/o Hays Financial Consulting, LLC
    2964 Peachtree Road, Suite 555
    Atlanta, GA 30305

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1.

| PLACE:<br>**The Salkin Law Firm**<br>**950 S. Pine Island Road, Suite A150**<br>**Plantation, FL 33318** | DATE AND TIME<br>**provide docs by August 9, 2024**<br>**10:00 a.m.** |
|---|---|

The examination will be recorded by this method: Court Reporter

☒ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

**Documents listed on the attachment of the Notice of 2004 Examination. Must be provided via email to Zachary Malnik at zachary@msbankrupt.com no later August 9, 2024**

       The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  July 26, 2024

                CLERK OF COURT

                                      OR

                                                                 /s/ Zachary Malnik
_____      _____
    Signature of Clerk or Deputy Clerk                      Attorney's signature

The name, address, email address, and telephone number of the attorney representing Sonya S. Slott, who issues and requests this subpoena is:

                                    Zachary Malnik, Esq.
                        950 S. Pine Island Road, Suite A150
                                 Plantation, FL 33324
                                zachary@msbankrupt.com
                                   (954) 423-4469

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for (name of individual and title, if any): S. Gregory Hays, Receiver

[x] I served the subpoena by delivering a copy to the named person as follows: ***via U.S. Mail to:***
   S. Gregory Hays, Receiver, as and only as Receiver Milton Hall Surgical Associates, LLC and Associate Entities, c/o Hays Financial Consulting, LLC, 2964 Peachtree Road, Suite 555, Atlanta, GA 30305

[ ] I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: July 26, 2024    Kristen Clifton

_____
Server's signature

Kristen Clifton, Legal Assistant
Printed name and title

950 S. Pine Island Road, Suite A150, Plantation, FL 33324
Server's address

Additional information concerning attempted service, etc.:

## I. INSTRUCTIONS AND DEFINITIONS

## GENERAL INSTRUCTIONS

1. The scope of the documents to be produced, as set forth below (the "Requests"), is not limited to documents that would be admissible as evidence before the Bankruptcy Court, but includes documents that would reasonably lead to the discovery of admissible evidence. If you consider these Requests to be overly broad or duplicative, the Trustee encourages you to confer immediately with Trustee's counsel so that the parties can attempt to resolve by negotiated agreement, and without the necessity of Court intervention, any disputes that may exist with respect to the Requests.

2. The Documents must be produced as they are kept in the ordinary course of business or organized and labeled to correspond with the categories of documents described herein.

3. Any documents produced in electronic format shall be provided in native format.

4. In the event that you object to any of the Requests, the reasons for the objection shall be stated. The objections are to be signed by the attorney making them. If in answering a request for production you claim any ambiguity in interpreting the request or a definition or instruction applicable thereto, you shall not utilize such claim as a basis for refusing to respond, but you shall set forth in your response that language claimed to be ambiguous and the interpretation chosen or used by you in responding to the request.

5. In responding to the Requests, you must furnish all available information. If you cannot respond to the foregoing Requests in full after exercising reasonable diligence to secure the information to do so, you must so state and respond to the extent possible. If you refuse to produce a document on the grounds that the answer or production is unduly burdensome, you must identify the number and nature of documents needed to be searched, the location of the documents, and the estimated number of work hours and costs required to conduct the search.

6. Whenever the Requests call for a document that is withheld on a claim of privilege or work product or for any other reason, you must provide a list identifying, for each

      document, the following: the privilege claimed; the date, subject matter, and location of the document; the identities of the persons who authored and received it; the identity of each person to whom the contents have been communicated; and the specific part of the Request to which the document is responsive.

7. Whenever the Requests call for a document that is not available to you in the form requested but which is available in another form or can be obtained at least in part from another form, you must so state and either supply the information requested in the form in which it is available or supply the data from which the information requested can be obtained. All documents that relate or respond, in whole or in part, to any of the Requests or the subject matter thereof shall be produced in their entirety, including all attachments and enclosures. All copies of all such documents (including drafts of such documents) that have handwritten or other notations, comments, underlining, or marks of any kind also shall be produced in their entirety, without abbreviation or redaction.

8. Whenever the Requests call for a document that has been destroyed or otherwise disposed of or transferred, identify each such document and state the date of, and the circumstances and reasons for, such destruction or disposal; identify the persons responsible for the destruction or disposal of the document and the persons who have knowledge of the said destruction or disposal; and provide all other information that would be of use (i) in obtaining the document, a copy thereof, or the data contained in the document, or (ii) in ascertaining the causes of, and circumstances surrounding, the document's destruction or disposal. If the document was destroyed or disposed of by you, describe your procedures and policies for document destruction and retention in effect at the time of the document's destruction or disposal, and identify each document that constitutes, refers to, or relates to each such policy or procedure.

9. In lieu of producing originals or copies thereof, you may, at your option, submit legible photographic or other reproductions of such documents, provided that the originals or copies from which such reproductions were made are retained by you until the disposition of this matter.

10. The singular form of a word shall be interpreted as plural and the plural form of a word shall be interpreted as singular whenever appropriate in order to bring within the scope

of the Requests any document which might otherwise be considered to be beyond its scope.

11. All uses of the conjunctive should be interpreted as including the disjunctive and vice versa whenever appropriate in order to bring within the scope of this Request any document which might otherwise be considered to be beyond its scope. Words of one gender should be interpreted as including the other gender.

12. The Requests shall be considered as continuing requests. If, after production, you obtain or find further responsive documents, then you must produce such additional documents.

13. Except as otherwise stated or required by the context of any specific document request, this request seeks documents dated or created from ten (10) years prior to the Petition Date through the present.

## DEFINITIONS

1. "Bankruptcy Code" shall mean title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. A copy of the Bankruptcy Code is available here: https://www.law.cornell.edu/uscode/text/11.

2. "Bankruptcy Court" shall mean the United States Bankruptcy Court for the Southern District of Florida.

3. "Debtor" shall mean Jeffrey A. Gallups as in case 24-12653-SMG, currently before the Bankruptcy Court.

4. "Receiver", "You" or "Your", shall mean S. Gregory Hays, as and only as Receiver Milton Hall Surgical Associates, LLC and Associated Entities.

5. "Record(s)" includes any original written, recorded or graphic matter whatsoever and all non-identical copies thereof (whether different from the originals by reason of notations made on such copies or otherwise) that are within your possession, custody or control (including any document or record to which you have a superior right to compel the production from a third party), including, but not limited to, any telephone log, summary, schedule, memorandum, note, statement, letter, telegram, email communication, telecopy communication, database, interoffice communication, report, diary, desk or pocket calendar or notebook, day book, appointment book, pamphlet,

periodical, worksheet, cost sheet, list, graph, chart, index, tape, record, partial or complete report of telephone or oral conversation, compilation, tabulation, study, analysis, transcript, minutes, journal, invoice, statement of account, credit memorandum, accounting records, records reflecting business operations, data sheet, data processing cart or tape, computer disk, computer disk drive, recoverable disk drive or computer tape, cassette tape, all things similar to any of the foregoing, however denominated by the parties, and any other documents within the scope of Rule 26 of the Federal Rules of Civil Procedure.

6. "Person" shall mean all individuals and entities, and shall be deemed to include natural persons, firms, partnerships, associations, organizations, joint ventures, corporations, affiliates, and any other entities.

7. "Petition Date" shall mean the date on the Debtor filed for bankruptcy relief under the Bankruptcy Code, March 21, 2024.

8. "Affiliate" has the meaning set forth in § 101(2) of the Bankruptcy Code.

9. "Insider" has the meaning set forth in § 101(31) of the Bankruptcy Code.

**PLEASE PROVIDE COPIES OF:**

1. All documents related to the Debtor's financial affairs.

**The Trustee expressly reserves the right to request additional documents as the investigation continues, as the litigation proceeds, as additional issues are uncovered, and as clarifications are required.**