

**ORDERED in the Southern District of Florida on August 20, 2024.**

*[signature]*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No. 24-12653-SMG |
| JEFFREY MARK GALLUPS | Chapter 7 |
| Debtor. | |
| _____ / | |

### ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO EXPAND SCOPE OF ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE TRUSTEE TO EXERCISE ANY AND ALL RIGHTS ARISING FROM OR RELATED TO THE DEBTOR'S INTERESTS IN CERTAIN LIFE INSURANCE POLICIES

This matter came before the Court for hearing *ex parte* upon the *Trustee's Ex Parte Motion To Expand Scope Of Order Granting Trustee's Motion For Entry Of Order Authorizing The Trustee To Exercise Any And All Rights Arising From Or Related To The Debtor's Interests In Certain Life Insurance Policies* ("Motion") [ECF #85]. The Court having reviewed said Motion,

1

and being otherwise fully advised in the premises, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Trustee is authorized, in her best business judgment, to terminate and/or surrender the Newly Found Policies (as described in the Motion), and execute any and all documents necessary to achieve the same, and collect the net cash value of the Newly Found Policies.

###

Submitted by: Zachary I. Malnik, Esq.
FBN 1010272

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
mark@msbankrupt.com

Mr. Malnik will provide a true and correct copy and file a certificate of service to all interested parties.