UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                            Case No. 24-12653-SMG

JEFFREY MARK GALLUPS                                                          Chapter 7

      Debtor.
_____/

## NOTICE OF ABANDONMENT OF PROPERTY

TO: ALL INTERESTED PARTIES LISTED BELOW

FROM: SONYA S. SLOTT, TRUSTEE

PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE. NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED PROPERTY:

**Any right, title, or interest the estate had or may have had in the following life insurance policies:**

- **Policy x2809 owned by Jeffrey M. Gallups in the insured name of Earnest C. Riley;**
  - **Policy x6152 owned by Nancy H. Jennings in the insured name of Jeffrey M. Gallups;**
  - **Policy x9942 owned by Jeffrey M. Gallups in the insured name of Jeffrey M. Gallups;**
  - **Policy x9948 owned by Jeffrey Gallups in the insured name of Thomas Guffin;**
  - **Policy x1896 owned by Jeffrey Gallups in the insured name of Jeffrey Gallups**
-

THESE PROPERTIES ARE BEING ABANDONED FOR THE FOLLOWING REASONS:

PROPERTY IS BEING ABANDONED BECAUSE: THERE IS NO EQUITY IN THE PROPERTY: THE PROPERTY IS OF NO VALUE TO THE ESTATE; THE PROPERTY IS BURDENSOME TO THE ESTATE OR IS INCONSEQUENTIAL IN VALUE.

WRITTEN OBJECTIONS TO THIS ABANDONMENT ARE TO BE FILED WITH THE CLERK, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA, FEDERAL BUILDING,

[ ]   51 SOUTHWEST FIRST AVENUE, 15TH FLOOR, MIAMI, FLORIDA 33130

[X]   299 EAST BROWARD BLVD., ROOM 112, FT. LAUDERDALE, FLORIDA 33301

[ ]   1515 NORTH FLAGLER DRIVE, WEST PALM BEACH, FLORIDA 33401

ANY OBJECTIONS FILED WILL BE SET FOR HEARING WITH THE BANKRUPTCY COURT FOR RESOLUTION. UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE, THE PROPERTY SHALL BE DEEMED TO BE ABANDONED, COPIES OF ANY OBJECTIONS ARE TO BE MAILED TO:

> SONYA S. SLOTT, TRUSTEE
> P.O. Box 15580
> Plantation, FL 33318
> (954) 423-4469

***PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.***

I CERTIFY THAT A COPY HEREOF HAS BEEN FURNISHED TO THE PARTIES LISTED ON THE ATTACHED SERVICE LIST BY U.S. MAIL ON THIS DATE.

Dated: August 26, 2024 　　　　　　　　/s/ Sonya S. Slott, Trustee
　　　　　　　　　　　　　　　　　　　Sonya S. Slott, Trustee
　　　　　　　　　　　　　　　　　　　P.O. Box 15580
　　　　　　　　　　　　　　　　　　　Plantation, FL 33318
　　　　　　　　　　　　　　　　　　　(954) 423-4469

COPIES:
Debtor(s)
Secured Creditors
Any other parites of interest
listed on the attached exhibit