UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                       Case No. 24-12653-SMG

JEFFREY MARK GALLUPS                                        Chapter 7

_____Debtor._____/

**TRUSTEE'S EX-PARTE MOTION FOR AUTHORIZATION TO REIMBURSE GREG HAYS AS RECEIVER OF THE MILTON HALL ENTITIES FOR POST-PETITION LIFE INSURANCE PREMIUMS**

The Trustee, Sonya S. Slott, pursuant to 11 U.S.C. §327 (b), files this Ex Parte Motion for Authorization to Reimburse Greg Hays as Receiver of the Milton Hall Entities for Post-Petition Life Insurance Premiums, and states:

1.  This case was commenced by a voluntary petition filed on March 21, 2024. Sonya Salkin Slott ("Trustee") has been appointed trustee.

2.  On June 14, 2024, the Trustee file a Motion Authorizing the Trustee to Exercise Any and All Rights Arising from or Related to the Debtor's Interests in Certain Life Insurance Policies [ECF #74]. An Order Granting the Motion [ECF #80] was entered on July 11, 2024.

3.  On August 20, 2024, the Trustee filed an Ex Parte Motion to Expand the Scope of the Order [ECF #85], which was granted on August 21, 2024 [ECF #86].

4.  Due to confusion with Mass Mutual, Greg Hayes as receiver of the Milton Hall Entities, inadvertently made payments on two policies post-petition that were owned by the Bankruptcy Estate instead of the Receivership Estate.

5.  The Trustee has received a detailed log from Greg Hays showing post-petition deductions taken on his behalf in the amount of $14,336.37. *See attached Exhibit A*.

6.  These payments provided a direct benefit to the Bankruptcy Estate and allowed the Trustee to recover $33,499.11 on account of the subject policies.

7. The Trustee seeks authority to authorize her to reimburse Greg Hayes as receiver of the Milton Hall Entities for $14,336.37 for the inadvertent payments.

WHEREFORE, the Trustee seeks the entry of an Order authorizing the immediate payment of $14,336.37 to Greg Hays.

I HEREBY CERTIFY that a copy of this motion was mailed Debtor, Jeffrey Mark Gallups, 205 Hendricks Isle, Fort Lauderdale, FL 33301; and was served electronically via CM/ECF to Mitchell J. Nowack, and the U.S. Trustee on October 11, 2024

/s/ Sonya S. Slott, Trustee
Sonya S. Slott, Trustee
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469

| ACH Debit | Drafted | Number | Last 4 Digits | Insured | Reason for Improper Draft |
|---|---|---|---|---|---|
| 5/3/2024 | $913.50 | 021352308 | x2308 | Gallups, Daniel | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| 5/3/2024 | $871.94 | 021352339 | x2339 | Gallups, Mark | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| | $1,785.44 | | | | |
| 5/23/2024 | $913.50 | 021352308 | x2308 | Gallups, Daniel | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| 5/23/2024 | $871.94 | 021352339 | x2339 | Gallups, Mark | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| | $1,785.44 | | | | |
| 6/18/2024 | **$8,980.05** | | | | Per Stephanie Pouilot this was for bill 253432 for loan and interste payments. |
| 7/16/2024 | $913.50 | 021352308 | x2308 | Gallups, Daniel | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| 7/16/2024 | $871.94 | 021352339 | x2339 | Gallups, Mark | ACH Drafted from MHSA when MHSA had no equitable interest in policy. Mass Mutual billed Milton Hall Trust. |
| | $1,785.44 | | | | |

**$14,336.37**  These two policies should be cancelled retroactive to petition date by the Trustee.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 24-12653-SMG<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Oct 11 12:04:45 EDT 2024 | Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | First Horizon Bank<br>Aldridge Pite, LLP<br>3525 Piedmont Road, N.E., Suite 700<br>Atlanta, GA 30305-1608 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Baker, Donelson, Bearman, Caldwell<br>200 South Orange Avenue<br>Suite 2900<br>PO Box 1549<br>Orlando, FL 32802-1549 | Broward County Tax Collector<br>115 S. Andrews Avenue<br>Room 318<br>Fort Lauderdale, FL 33301-1817 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One/SaksFirst<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chilvis Grubman<br>1834 Independence Square<br>Atlanta, GA 30338-5150 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dovenmuehle/frsthrznbk<br>1 Corporate Dr<br>Lake Zurich, IL 60047-8944 | First Horizon Bank<br>c/o Melissa A. Campbell, Esq.<br>Baker Donelson<br>PO Box 1549<br>Orlando, FL 32802-1549 |
| First Horizon Corp<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Gm Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Hendricks Isle HOA, Inc.<br>c/o Susan Wamsley<br>401 SE 25th Avenue<br>#505<br>Fort Lauderdale, FL 33301-2648 | Hendricks Isle Homeowners Association<br>(HOA)<br>William G. Gasdaska<br>1314 East Las Olas Blvd #636<br>Fort Lauderdale, FL 33301-2334 |
| IBERIA/First Horizon Bank<br>Attn: Bankruptcy<br>165 Madison Ave<br>Memphis, TN 38103-2723 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Lincoln Automotive Finance<br>Attn: Bankrutcy<br>Po Box 542000<br>Omaha, NE 68154-8000 |
| (p)MCDERMOTT WILL & EMERY LLP<br>444 WEST LAKE STREET SUITE 4000<br>CHICAGO IL 60606-0029 | Merrick Garland<br>Attorney General of the United States<br>99 Pennsylvania Ave NW<br>Room 4400<br>Washington, DC 20530-0001 | Nancy Gallups Irrevocable Trust<br>Brian P. Hall, Smith, Gambrell & Russell<br>1105 W. Peachtree St. NE, Ste 1000<br>Atlanta, GA 30309-3592 |

| | | |
|---|---|---|
| Nancy Jennings<br>Brian P. Hall, Smith, Gambrell & Russell<br>1105 W. Peachtree St. NE, Ste 1000<br>Atlanta, GA 30309-3592 | Nancy Jennings<br>c/o Elizabeth Green Lindsey, Esq.<br>3400 Peachtree Road, NE<br>Suite 1400<br>Atlanta, GA 30326-1189 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road #555<br>Atlanta, GA 30305-4909 | Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)<br>1000 S. PIne Island Road<br>Ste 300<br>Fort Lauderdale, FL 33324-3910 |
| Stephano Slack<br>125 Strafford Ave, Suite 200<br>Wayne, PA 19087-3342 | Syncb/home Design Se<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>Attn: Bankruptcy<br>200 Pine St W<br>Wilson, NC 27893-3288 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United Community Bank<br>Attn: Bankruptcy<br>2 West Washington Street, Ste 700<br>Greenville, SC 29601-4889 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 | Wiggam Law<br>1275 Peachtree St NE, #500<br>Atlanta, GA 30309-3509 |
| Jeffrey Mark Gallups<br>205 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 | John K. Rezac<br>1600 Parkwood Circle,<br>Suite 200<br>Atlanta, GA 30339-2119 | Lamar Fisher<br>Fisher Auction Co.,<br>2112 East Atlantic Blvd<br>Pompano Beach, FL 33062-5208 |
| Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | S. Gregory Hays<br>c/o Taylor English Duma LLP<br>1600 Parkwood Cir., Suite 200<br>Atlanta, GA 30339-2119 | Soneet R Kapila<br>KapilaMukamal<br>1000 S Federal Hwy #200<br>Fort Lauderdale, FL 33316-1237 |
| Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318-5580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | Georgia Department of Revnue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd, NE<br>Suite 9100<br>Atlanta, GA 30345-3205 |
| (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | McDermott Will & Emery LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029 | PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH 44101 |
| (d)PNC Financial<br>Attn: Bankruptcy<br>300fifth Ave<br>Pittsburgh, PA 15222 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Nancy Jennings | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |