## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 24-12653-SMG

JEFFREY MARK GALLUPS  Chapter 7

      Debtor.                /

### TRUSTEE'S EX-PARTE MOTION FOR AUTHORIZATION TO REIMBURSE BROKER EXPENSES

The Trustee, Sonya S. Slott, pursuant to 11 U.S.C. §327 (b), files this Ex Parte Motion for Authorization to Reimburse Broker Expenses, and states:

1. This case was commenced by a voluntary petition filed on March 21, 2024. Sonya Salkin Slott ("Trustee") has been appointed trustee.

2. The Court entered an Order Approving the Employment of Lamar Fisher and Fisher Auction Co., Inc. [ECF #53] on April 25, 2024 (the "Broker") with regards to listing real property located at 205 Hendricks Isle, Fort Lauderdale, Florida 33301 (the "Property"), with a maximum amount of costs and expenses to be expended by and reimbursed to the Broker of $500.00.

3. The Property is still on the market; however, the Broker has spent a considerable amount of money to maintain the Property.

4. The Trustee has received an invoice from the Broker in the amount of $7,985.30, attached as Exhibit A, exceeding the amount previously allowed by $7,485.30.

5. These expenses were necessary for the maintenance and upkeep of the Property.

WHEREFORE, the Trustee seeks the entry of an Order authorizing the immediate payment of $7,985.30 to Lamar Fisher and Fisher Auction Co., Inc.

I HEREBY CERTIFY that a copy of this motion was mailed Debtor, Jeffrey Mark Gallups, 205 Hendricks Isle, Fort Lauderdale, FL 33301; and was served electronically via CM/ECF to

Mitchell J. Nowack, and the U.S. Trustee on October 11, 2024

                                                            /s/ Sonya S. Slott, Trustee
                                                            Sonya S. Slott, Trustee
                                                            P.O. Box 15580
                                                           Plantation, FL 33318
                                                           (954) 423-4469

**JEFFREY MARK GALLUPS | Case No. 24-12653-SMG**
**205 Hendricks Isle, Ft. Lauderdale, FL 33301**
**Expense Recap as of September 23, 2024**

| Date | Payee | Description | Amount |
| --- | --- | --- | --- |
| 6/6/24 | Maid for you Cleaning | Initial cleaning services from Gallups vacating home | $513.00 |
| 5/21/24 | Churnchie's Locksmith | Changed Locks | $283.55 |
| 5/23/24 | Doug Spalluto | Interior repairs from roof leaks | $2,125.00 |
| 6/7/24 | FPL | May | $346.02 |
| 7/9/24 | FPL | June | $672.64 |
| 8/7/24 | FPL | July | $675.99 |
| 9/7/24 | FPL | August | $599.99 |
| 5/22/24 | JC & Sons Enterprises Inc | Air Conditioning Repair | $850.00 |
| 7/9/24 | SPS Pools & Spas LLC | Cleaning Service & Repair | $586.75 |
| 6/4/24 | City of Ft. Lauderdale | Water & Sewer - 4/9 to 5/10/24 | $324.51 |
| 9/23/24 | City of Ft. Lauderdale | Water & Sewer - 5/11 to 9/6/24 | $1,007.85 |
| | | **Total to Date** | **$7,985.30** |



```
Label Matrix for local noticing          Broward County                           First Horizon Bank
113C-0                                   c/o Records, Taxes & Treasury            Aldridge Pite, LLP
Case 24-12653-SMG                        Attn: Bankruptcy Section                 3525 Piedmont Road, N.E., Suite 700
Southern District of Florida             115 S. Andrews Ave. A-100                Atlanta, GA 30305-1608
Fort Lauderdale                          Ft. Lauderdale, FL 33301-1888
Fri Oct 11 12:04:45 EDT 2024

Affirm, Inc.                             Ally Financial                           American Express National Bank
Attn: Bankruptcy                         Attn: Bankruptcy                         c/o Becket and Lee LLP
650 California St, Fl 12                 Po Box 380901                            PO Box 3001
San Francisco, CA 94108-2716             Bloomington, MN 55438-0901               Malvern  PA 19355-0701


Amex                                     Baker, Donelson, Bearman, Caldwell       Broward County Tax Collector
Correspondence/Bankruptcy                200 South Orange Avenue                  115 S. Andrews Avenue
Po Box 981540                            Suite 2900                               Room 318
El Paso, TX 79998-1540                   PO Box 1549                              Fort Lauderdale, FL 33301-1817
                                         Orlando, FL 32802-1549


(p)CAINE & WEINER COMPANY                Capital One/SaksFirst                    Chilvis Grubman
12005 FORD ROAD 300                      Attn: Bankruptcy                         1834 Independence Square
DALLAS TX 75234-7262                     Po Box 30285                             Atlanta, GA 30338-5150
                                         Salt Lake City, UT 84130-0285


Citibank N.A.                            (p)U S  ATTORNEY'S OFFICE                Costco Citi Card
Citibank, N.A.                           99 NE 4TH STREET SUITE 300               Attn: Bankruptcy
5800 S Corporate Pl                      MIAMI FL 33132-2131                      Po Box 6500
Sioux Falls, SD  57108-5027                                                       Sioux Falls, SD 57117-6500


Discover Financial                       Dovenmuehle/frsthrznbk                   First Horizon Bank
Attn: Bankruptcy                         1 Corporate Dr                           c/o Melissa A. Campbell, Esq.
Po Box 3025                              Lake Zurich, IL 60047-8944               Baker Donelson
New Albany, OH 43054-3025                                                         PO Box 1549
                                                                                  Orlando, FL 32802-1549


First Horizon Corp                       (p)GEORGIA DEPARTMENT OF REVENUE         Gm Financial
Attn: Bankruptcy                         COMPLIANCE DIVISION                      Attn: Bankruptcy
165 Madison Ave                          ARCS BANKRUPTCY                          Po Box 183853
Memphis, TN 38103-2723                   1800 CENTURY BLVD NE SUITE 9100          Arlington, TX 76096-3853
                                         ATLANTA GA 30345-3202


Goldman Sachs Bank USA                   Hendricks Isle HOA, Inc.                 Hendricks Isle Homeowners Association
Attn: Bankruptcy                         c/o Susan Wamsley                        (HOA)
Po Box 70379                             401 SE 25th Avenue                       William G. Gasdaska
Philadelphia, PA 19176-0379              #505                                     1314 East Las Olas Blvd #636
                                         Fort Lauderdale, FL 33301-2648           Fort Lauderdale, FL 33301-2334


IBERIA/First Horizon Bank                Internal Revenue Service                 Lincoln Automotive Finance
Attn: Bankruptcy                         POB 7346                                 Attn: Bankrutcy
165 Madison Ave                          Philadelphia, PA 19101-7346              Po Box 542000
Memphis, TN 38103-2723                                                            Omaha, NE 68154-8000


(p)MCDERMOTT WILL & EMERY LLP            Merrick Garland                          Nancy Gallups Irrevocable Trust
444 WEST LAKE STREET SUITE 4000          Attorney General of the United States    Brian P. Hall, Smith, Gambrell & Russell
CHICAGO IL 60606-0029                    99 Pennsylvania Ave NW                   1105 W. Peachtree St. NE, Ste 1000
                                         Room 4400                                Atlanta, GA 30309-3592
                                         Washington, DC 20530-0001
```

| | | |
|---|---|---|
| Nancy Jennings<br>Brian P. Hall, Smith, Gambrell & Russell<br>1105 W. Peachtree St. NE, Ste 1000<br>Atlanta, GA 30309-3592 | Nancy Jennings<br>c/o Elizabeth Green Lindsey, Esq.<br>3400 Peachtree Road, NE<br>Suite 1400<br>Atlanta, GA 30326-1189 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road #555<br>Atlanta, GA 30305-4909 | Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)<br>1000 S. PIne Island Road<br>Ste 300<br>Fort Lauderdale, FL 33324-3910 |
| Stephano Slack<br>125 Strafford Ave, Suite 200<br>Wayne, PA 19087-3342 | Syncb/home Design Se<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Truist Bank<br>Attn: Bankruptcy<br>200 Pine St W<br>Wilson, NC 27893-3288 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United Community Bank<br>Attn: Bankruptcy<br>2 West Washington Street, Ste 700<br>Greenville, SC 29601-4889 |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste 599<br>Weldon Springs, MO 63304-2225 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a 3rd Floor<br>Des Moines, IA 50328-0001 | Wiggam Law<br>1275 Peachtree St NE, #500<br>Atlanta, GA 30309-3509 |
| Jeffrey Mark Gallups<br>205 Hendricks Isle<br>Fort Lauderdale, FL 33301-3706 | John K. Rezac<br>1600 Parkwood Circle,<br>Suite 200<br>Atlanta, GA 30339-2119 | Lamar Fisher<br>Fisher Auction Co.,<br>2112 East Atlantic Blvd<br>Pompano Beach, FL 33062-5208 |
| Mitchell J. Nowack Esq.<br>8551 Sunrise Blvd #208<br>Plantation, FL 33322-4007 | S. Gregory Hays<br>c/o Taylor English Duma LLP<br>1600 Parkwood Cir., Suite 200<br>Atlanta, GA 30339-2119 | Soneet R Kapila<br>KapilaMukamal<br>1000 S Federal Hwy #200<br>Fort Lauderdale, FL 33316-1237 |
| Sonya Salkin Slott<br>PO Box 15580<br>Plantation, FL 33318-5580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd 4th Floor<br>Sherman Oaks, CA 91411 | Civil Process Clerk<br>Attorney General of the United States<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 | Georgia Department of Revnue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd, NE<br>Suite 9100<br>Atlanta, GA 30345-3205 |
| (d)Juan Antonio Gonzalez<br>United States Attorney<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | McDermott Will & Emery LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029 | PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH 44101 |
| (d)PNC Financial<br>Attn: Bankruptcy<br>300fifth Ave<br>Pittsburgh, PA 15222 | (d)Raychelle Tasher<br>Assistant United States Attorney office<br>Southern District of Florida<br>99 NE 4th Street Ste 300<br>Miami, FL 33132 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Broward County<br>c/o Records, Taxes & Treasury<br>Attn:  Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301-1888 | (u)Nancy Jennings | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |