**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 24-12653 | | Trustee Name: | Sonya S. Slott |
| Case Name: | GALLUPS, JEFFREY MARK | | Date Filed (f) or Converted (c): | 04/10/2024 (c) |
| For the Period Ending: | 09/30/2024 | | §341(a) Meeting Date: | 05/07/2024 |
| | | | Claims Bar Date: | 07/25/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2010 Mercedes S 550 | $7,500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: value per amended schedules ECF 61 abandoned at ECF 66 5/10/24 | | | | | |
| 2  Furniture: Sofa, 2 chairs, coffee table, 2 beds, 4 nightstands, 2 chair & desk, 2 dressers, wing back table, rug, guitars, diningroomtable & 8 chairs, china cabinet, 4 bar stools, carpet rug, additionalsofa, love seat and entable, pool table, patio table & 4 chairs, lounge, 2 side tables, unbrella | $20,050.00 | $0.00 | | $0.00 | FA |
| 3  cellphone, tv, & computer | $250.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 4  2 Collectable Guitars - signed by Rolling Stones and Bruce Springsteen | $1,000.00 | $0.00 | | $0.00 | FA |
| 5  Checking: Truist Bank (4905) | $87.00 | $0.00 | | $0.00 | FA |
| 6  Clothes | $50.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 7  Tiffany cuff links | $500.00 | $0.00 | | $0.00 | FA |
| 8  2-antique watches | $100.00 | $0.00 | | $0.00 | FA |
| 9  cash | $5.00 | $0.00 | | $0.00 | FA |
| 10  Truist Bank (2135)- checking account | $0.00 | $0.00 | | $0.00 | FA |
| 11  Truist Bank (4212)- checking account | $0.00 | $0.00 | | $0.00 | FA |
| 12  Fidelity Account (1656) | $10.50 | $0.00 | | $0.00 | FA |
| 13  Encap - start up company- seeding investment | Unknown | $0.00 | | $0.00 | FA |
| 14  Milton Hall Surgical Associates, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 15  Alpharetta Surgery Center, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 16  ENTI Surgery Center, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 17  HCENTI, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 18  Milton Hall Management, LLC | Unknown | $0.00 | OA | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 24-12653 | | | Trustee Name: | Sonya S. Slott |
| Case Name: | GALLUPS, JEFFREY MARK | | | Date Filed (f) or Converted (c): | 04/10/2024 (c) |
| For the Period Ending: | 09/30/2024 | | | §341(a) Meeting Date: | 05/07/2024 |
| | | | | Claims Bar Date: | 07/25/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 19  MHSA Management, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 20  Milton Hall Trust | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 21  DRG Media, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: abandoned at ECF 66 5/10/24 | | | | | |
| 22  Possible negligence claim or fraud claim against Receivor and/or Receivership in Georgia | Unknown | $0.00 | | $0.00 | $0.00 |
| 23  205 Hendricks Isle, Fort Lauderdale, FL 33301 (u) | $5,800,000.00 | $4,500,000.00 | | $0.00 | $4,500,000.00 |
| Asset Notes: per amended schedules 5/6/2024 ECF 61 | | | | | |
| 24  Hendricks Trust - only asset is homestead (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: per amended schedules 61 | | | | | |
| 25  Funds in held Trust by Receiver Greg Hays (u) | $0.00 | $24,444.00 | | $24,444.00 | FA |
| 26  Mass Mutual Life Insurance Policy (u) | $0.00 | $65,000.00 | | $58,499.11 | $6,500.89 |
| **TOTALS (Excluding unknown value)** | **$5,829,552.50** | **$4,589,444.00** | | **$82,943.11** | **Gross Value of Remaining Assets** **$4,506,500.89** |

**Major Activities affecting case closing:**

08/07/2024   1. Trustee has retained counsel to investigate debtor's financial affairs. Trustee has retained Lamar Fisher to market real property for sale. Trustee has filed motions to sell certain insurance policies and to terminate other life insurance policies. Counsel continues to investigate potential section 5 claims.
2. Claims bar date: 7/25 gov't 9/21. reviewed. objections to 1,2,4, 12,15- hold until we see what happens with sale of RE. 8/20/24 SSS
3. Tax returns to be prepared by Kapila

| Initial Projected Date Of Final Report (TFR): | 05/07/2026 | Current Projected Date Of Final Report (TFR): | 05/07/2026 | /s/ SONYA S. SLOTT |
| | | | | SONYA S. SLOTT |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| **Case No.** | 24-12653 |
| **Case Name:** | GALLUPS, JEFFREY MARK |
| **Primary Taxpayer ID #:** | **-***0724 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2023 |
| **For Period Ending:** | 09/30/2024 |

| | |
|---|---|
| **Trustee Name:** | Sonya S. Slott |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******5301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $49,704,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2024 | (25) | S GREGORY HAYES RECEIVER | TURNOVER OF RECEIVER FUNDS PER ORDER DATED 4/19/24 (CP 47) | 1229-000 | $24,444.00 | | $24,444.00 |
| 04/30/2024 | 1001 | FLORIDA POWER AND LIGHT | PAYMENT PER ORDER DATED 4/25/24 (CP 54) JEFF GALLUPS ACCT 58661-48447 SERVICE ADDRESS 205 HENDRICKS ISLE FORT LAUDERDALE 33301 | 2990-000 | | $647.55 | $23,796.45 |
| 04/30/2024 | 1002 | UNITED RESTORATION AND WATERPROOFING INC | PAYMENT PER COURT ORDER DATED 4/25/24 (CP 54) SERVICE ADDRESS: 205 HENDRICKS ISLE FORT LAUDERDALED 33301 PAYMENT IN FULL | 2990-000 | | $5,390.00 | $18,406.45 |
| 04/30/2024 | 1003 | COOL POOLS SERVICE | PAYMENT PER ORDER DATED 4/25/24 (CP 54) MONTHLY SERVICE APRIL 205 HENDRICKS ISLES FT LAUDERDALE FL 33301 | 2990-000 | | $120.00 | $18,286.45 |
| 04/30/2024 | 1004 | CITY OF FORT LAUDERDALE | PAYMENT PER ORDER DATED 4/25/24 (CP 54) ACCT 2160080 SERVICE ADDRESS 205 HENDRICKS ISLES FORT LAUDERDALE 33301 | 2990-000 | | $216.71 | $18,069.74 |
| 07/31/2024 | (26) | MARK M BEATY | PAYMENT ON ORDER DATED 7/11/24 (CP 79) | 1229-000 | $25,000.00 | | $43,069.74 |
| 09/25/2024 | (26) | JEFFREY M GALLUPS | PAYMENT ON ORDER DATED 8/21/24 (ECF 86) | 1229-000 | $16,315.85 | | $59,385.59 |
| 09/25/2024 | (26) | JEFFREY GALLUPS | PAYMENT ON ORDER DATED 8/21/24 (ECF 86) | 1229-000 | $17,183.26 | | $76,568.85 |
| | | | **SUBTOTALS** | | $82,943.11 | $6,374.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 24-12653 | Trustee Name: | Sonya S. Slott |
| --- | --- | --- | --- |
| Case Name: | GALLUPS, JEFFREY MARK | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0724 | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2023 | Blanket bond (per case limit): | $49,704,000.00 |
| For Period Ending: | 09/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $82,943.11 | $6,374.26 | $76,568.85 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $82,943.11 | $6,374.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $82,943.11 | $6,374.26 | |

**For the period of 10/01/2023 to 09/30/2024**

| | |
| --- | --- |
| Total Compensable Receipts: | $82,943.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,943.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,374.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,374.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/27/2024 to 9/30/2024**

| | |
| --- | --- |
| Total Compensable Receipts: | $82,943.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,943.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,374.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,374.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 24-12653 |
| Case Name: | GALLUPS, JEFFREY MARK |
| Primary Taxpayer ID #: | **-***0724 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2023 |
| For Period Ending: | 09/30/2024 |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******5301 |
| Account Title: | |
| Blanket bond (per case limit): | $49,704,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $82,943.11 | $6,374.26 | $76,568.85 |

| For the period of 10/01/2023 to 09/30/2024 | |
|---|---|
| Total Compensable Receipts: | $82,943.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,943.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,374.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,374.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

| For the entire history of the account between 04/27/2024 to 9/30/2024 | |
|---|---|
| Total Compensable Receipts: | $82,943.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,943.11 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,374.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,374.26 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT