UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

JEFFREY MARK GALLUPS                          CASE NO.: 24-12653-SMG
                                              CHAPTER 7

_____Debtor_____/

## TRUSTEE'S EX PARTE MOTION TO SHORTEN NOTICE PERIOD FOR PROPOSED SALE OF PROPERTY

Sonya Salkin Slott, Trustee, by and through undersigned counsel, files this Motion to Shorten Notice Period for Proposed Sale of Property and further states that:

1. On March 21, 2024 (the "**Petition Date**"), Debtor commenced the instant bankruptcy case with the filing of a voluntary petition for relief under Chapter 13, Title 11 of the United States Bankruptcy Code.

2. On April 10, 2024, the Debtor converted the bankruptcy case to Chapter 7.and Sonya S. Slott is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "**Estate**").

3. On November 27, 2024, the Trustee filed an *Expedited Motion to Approve Sale of Real Property* [ECF #96] (the "**Sale Motion**") located at 205 Hendricks Isle, Fort Lauderdale, Florida 33301 (the "**Property**"),

4. Fed.R.Bankr.P. 2002(a)(2) requires that, unless the Court for good cause shortens the notice period, at least twenty-one days notice must be given for a proposed sale of property of the estate, as measured from the filing and service of the Sale Motion.

5. Fed.R.Bankr.P. 2002(a)(2) also allows the Court to shorten the notice period required for a sale of estate property for good cause shown. In this case, if the notice period is not

1

shortened to facilitate a hearing on or before December 11, 2024, then the sale contract will be imperiled as the buyer may no longer qualify to complete the sale as part of §1031 exchange.

6. The Trustee requests that the notice period be shortened to allow the estate to consummate the sale of non-exempt real property for benefit of the estate. The proposed sale will yield an estimated total of $359,992.35 to the estate which will allow a distribution to general unsecured creditors.

WHEREFORE, the Trustee seeks entry of an Order Granting this Motion and shortening the required notice period to effectuate a hearing on the Sale Motion to no later than December 11, 2024.

Dated: November 27, 2024                    By: /s/ Zachary Malnik
                                                      Zachary Malnik, Esq.
FBN 1010272
zachary@msbankrupt.com

The Salkin Law Firm
PO Box 15580
Plantation, FL 33318
954-423-4469