UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Case No. 24-12653-SMG

JEFFREY MARK GALLUPS                                   Chapter 7

      Debtor.
_____/

### TRUSTEE'S REPORT OF SALE

SONYA S. SLOTT, Trustee, in connection to the above styled proceeding, files her Report of Sale, and states as follows:

### SALE DATE

December 16, 2024

### PROPERTY SOLD

205 Hendrick Isle, Fort Lauderdale, FL 33301

### NAME OF PURCHASER

Myers Family Exempt Trust

### TOTAL PURCHASE PRICE

$3,600,000.00

### NET BANKRUPTCY ESTATE PROCEEDS

$358,151.06

I HEREBY CERTIFY that the original of this report has been filed with the Clerk of the Court and a true and correct copy has been forwarded via first class U.S. Mail to the U.S. Trustee's Office, 51 SW 1st Ave., #1204, Miami, FL 33130, on December 23, 2024.

        /s/ Sonya S. Slott, Trustee
Sonya S. Slott, Trustee
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469