UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

**Jeffrey Mark Gallups,**  Case No. **24-12653-SMG**

    Debtor(s). Chapter 7

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 2091-1(A), Scott Andron and the Broward County Attorney's Office give notice of their withdrawal as counsel of record for the Broward County Tax Collector (the "Tax Collector").

The Tax Collector is not the debtor nor a party to any pending contested matter or adversary proceeding.

Future notices may be sent to the Broward Tax Collector's Office, Attn: Bankruptcy Section, 115 South Andrews Avenue, Room A-100, Fort Lauderdale, FL 33301, or by email to legal@browardtax.org.

Dated: October 28, 2025,  Respectfully submitted,

    Andrew J. Meyers
    Broward County Attorney
    Governmental Center, Suite 423
    115 South Andrews Avenue
    Fort Lauderdale, Florida 33301
    Telephone:    (954) 357-7600
    Telecopier:    (954) 357-7641

          By:   /s/ Scott Andron
                Scott Andron
                Assistant County Attorney
                Florida Bar No.112355
                sandron@broward.org

.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was furnished by mail and/or electronic means to the Broward County Tax Collector, the Debtor, the Trustee, the United States Trustee, and their attorneys on October 28, 2025.

          Respectfully submitted,

          Andrew J. Meyers
          Broward County Attorney
          Governmental Center, Suite 423
          115 South Andrews Avenue
          Fort Lauderdale, Florida 33301
          Telephone:   (954) 357-7600
          Telecopier:   (954) 357-7641

          By:   /s/ Scott Andron
                Scott Andron
                Assistant County Attorney
                Florida Bar No.112355
                sandron@broward.org