**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In Re:                                                          Case No. 24-12653-BKC-SMG
                                                                Chapter 7

Jeffrey Mark Gallups
a/k/a Jeffrey M. Gallups;
a/k/a Jeffrey Gallups,

                    Debtor. /

**SUMMARY OF KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES TO
ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE
FOR THE PERIOD APRIL 17, 2024 THROUGH DECEMBER 11, 2025**

1.   Name of Applicant:................................................................. KapilaMukamal, LLP
2.   Role of Applicant:................................... Accountant for Trustee, Sonya Salkin Slott
3.   Name of Certifying Professional: ................. Soneet R. Kapila, CPA, CFF, CIRA, CFE
4.   Date case filed as Chapter 13:...................................................... March 21, 2024
5.   Date converted to Chapter 7 ............................................................ April 10, 2024
6.   Date of Retention Order:................................................................. April 30, 2024
                                                       *Effective April 17, 2024*

**IF INTERIM APPLICATION, COMPLETE 7-10 BELOW:**

7.   Period for this Application: ....................April 17, 2024 through December 11, 2025
8.   Amount of Compensation Sought For This Period:................................. $6,487.80
9.   Amount of Expense Reimbursement Sought For This Period:................ $    85.85
10.  Total Amount Sought for The Period...................................................... $6,573.65

**IF FINAL APPLICATION, COMPLETE 11-17 BELOW**

11.  Total Amount of Compensation Sought during case:............................. $6,487.80
12.  Total Amount of Expense Reimbursement Sought during case:.............. $    85.85
13.  Amount of Original Retainer(s). Please disclose both Fee Retainer
     and Cost Retainer if such a Retainer has been received: ................................. N/A
14.  Current Balance of Retainer(s) remaining:.......................................................... N/A
15.  Last monthly operating report filed:.................................................................... N/A
16.  If case is Chapter 11, current funds in the Chapter 11 estate: ......................... N/A
17.  If case is Chapter 7, current funds held by Chapter 7 Trustee:............ $475,841.09

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:                                                      Case No. 24-12653-BKC-SMG
                                                            Chapter 7

Jeffrey Mark Gallups
a/k/a Jeffrey M. Gallups;
a/k/a Jeffrey Gallups,

                          Debtor. /
_____

**KAPILAMUKAMAL'S FIRST AND FINAL APPLICATION FOR ALLOWANCE AND**
**PAYMENT OF COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES TO ACCOUNTANT**
**FOR THE PERIOD APRIL 17, 2024 THROUGH DECEMBER 11, 2025**

Soneet R. Kapila, CPA, CFF, CIRA, CFE and KapilaMukamal, LLP (collectively

the "Applicant" or "KM"), the accountants for Sonya Salkin Slott, the Chapter 7 Trustee

(the "Trustee") of the Debtor, Jeffrey Mark Gallups   (the "Debtor"), applies for final

compensation of fees for services rendered and costs incurred in this Chapter 7

proceeding.   Applicant reserves the right to Supplement this Application, if necessary.

This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016

and meets all of the requirements set forth in the Guidelines incorporated in Local Rule

2016-1(B)(1).  The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibit 1 – Fee Application Summary Chart.

Exhibits 2-A and 2-B – Summary of Professional and Paraprofessional
Time.

Exhibit 3 – Summary of Requested Reimbursement of Expenses.

Exhibit 4 – The Applicant's complete time records, in chronological order,
by activity code category, for the time period covered by this application.
The requested fees are itemized to the tenth of an hour.

2

The Applicant believes that the requested fees of $6,487.80 for 14.90 hours worked (blended rate of $435.42), are reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Cir 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.   **<u>THE TIME AND LABOR REQUIRED</u>**:

Exhibits 2-4 illustrate the time and labor required for this engagement.  The time expended by the Applicant for accounting services furnished to the Trustee as appears on Exhibit 2-A does not reflect and cannot reflect all of the time actually expended by the Applicant.   Many telephone calls, routine correspondence, requests by creditors regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the Applicant in this case.

2.   **<u>THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED</u>**:

This proceeding presented several matters that required the services and skill of an experienced forensic accountant.

3.   **<u>THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE</u>**:

The Applicant has not been precluded from other engagements because of its employment by the Trustee in this proceeding.  Had the Applicant not accepted this matter, it would have devoted its time to other matters for which it would have been compensated by clients on a current monthly basis.

4.     **THE CUSTOMARY FEE**:

The Applicant rendered services at its customary hourly rate, more fully set forth on the attached exhibits, and such customary hourly rate is competitive within the bankruptcy practice in the community, and in some instances, lower than rates billed by the Applicant to other clients.

The hourly rate charged for professionals who worked on this bankruptcy are as follows:

| Name | Title | Billed per Hour[1] |
|---|---|---|
| Soneet Kapila | Partner | $820 |
| Lesley J. Johnson | Partner/Tax | $620/650 |
| Jennifer J. Heider | Tax Consultant | $356 |
| Nancy O'Donnell | Paraprofessional | $230/250 |
| Ky J. Johnson | Paraprofessional | $220 |

5.     **TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER**

       **CIRCUMSTANCES**:

The Applicant's services have been rendered timely and in an efficient manner and facilitated the efficient administration of these proceedings.

6.     **THE EXPERIENCE, REPUTATION & ABILITY OF THE APPLICANT**:

The Trustee has looked to KM for an extensive and full range of insolvency accounting services.  The Applicant possesses credentials of the highest order in providing such accounting services, especially as they relate to debtors in bankruptcy.  It is  especially  skilled  in  business  reorganization,  business  analysis,  and  issues  of

---

[1] Fee rates are adjusted throughout the proceedings of the case.

insolvency accounting, asset identification and recovery, insolvency taxation, tax compliance and other creditors' rights matters in this area of practice.

The outstanding professionalism with which the Applicant has carried out its important role has contributed significantly to the efficient and effective administration of the estate as more fully demonstrated in the following discussion.

The Applicant has demonstrated a high degree of skill in bankruptcy matters, accounting practices, business practices and management, as well as investigatory and other accounting skills in conjunction with performing its services in these proceedings.

7.   **THE UNDESIRABILITY OF THE CASE**:

The representation of the Trustee and of this case was not undesirable.

8.   **THE LEGAL STANDARD**:

The applicable legal standard for compensation under 11 U.S.C. § 330 is based on the time, nature, extent and value of the Applicant's services, as well as the cost of comparable services other than in a case under Title 11.   Therefore, it is respectfully requested that the Court consider the reasonableness of the fees requested by the Applicant.

9.   **CASE NARRATIVE**:

This case was commenced as a Chapter 13 proceeding on  March 21, 2024 by the filing of a petition then converted to a Chapter 7 proceeding on April 10, 2024.

To assist with financial matters, the Trustee determined that she required the assistance of an accountant to provide reliable assessments of the Debtor's financial condition and capabilities and tax compliance matters, to ensure the estate's principal assets were being preserved and properly marshaled. Accordingly, the Trustee filed with

this Court an Application dated April 29, 2024, for Employment of KM as Accountants for the Trustee.

10.    **CATEGORIES**:

*Tax Services*

The Trustee has an obligation to ensure full compliance with numerous tax filings imposed on the Estate, including income tax filings for federal purposes.    During the period covered by this application, the Applicant performed detailed tax services for the Trustee.    The services have included assistance in providing the financial information needed by the Trustee to comply with regulatory tax matters.

The Applicant prepared the tax returns required to be filed by the Trustee with governmental units for the year  2024, including the following:

- Tax analysis of pending real estate sale including review of pre-petition tax returns and investigate information to support tax basis of real property and sale resulting in a loss;

- Preparation of extension of time to file tax return;

- Review of  court docket, Petition, Schedules and select pleadings to determine tax ramifications of Trustee's transactions;

- Summarize Trustee's transactions to facilitate preparation of estate's 2024 initial/ final tax return; and

- Preparation of 2024 Form 1041, U. S. Income Tax Return for Estates and Trusts, including detailed tax disclosures, power of attorney and request for prompt determination of tax liability.

*Fee Application*

With regard to Fee Applications, before any fee application is presented to the Court, it must be drafted, checked against the contemporaneous time records, and verified for compliance with applicable legal requirements.  This fee application is believed to be in full conformity with the Administrative Order.  The Applicant has not included all the time of senior professionals which is necessarily required in the preparation of this fee application.  However, the time of some administrative personnel has been incorporated.

11.    **CASE STATUS**:

All monies have been received and this case is ready to close.

**WHEREFORE**, the Applicant seeks a final award of **fees in the amount of $6,487.80** and **costs in the amount of $85.85**, for a total amount of $6,573.65.

Respectfully submitted this  11th day of December, 2025.

KapilaMukamal, LLP
Accountants for the Trustee
1000 South Federal Highway, #200
Fort Lauderdale, Florida  33316
954/761-1011


BY:    /s/***Soneet R. Kapila***
    Soneet R. Kapila, CPA, CFF, CIRA, CFE

## Certification

1.      I have been designated by KapilaMukamal, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").   The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:  N/A

Dated:  December  11 , 2025

> KapilaMukamal, LLP
> Accountants for the Trustee
> 1000 South Federal Highway, #200
> Fort Lauderdale, Florida  33316
> 954/761-1011
>
>
> BY:   _/s/ Soneet R. Kapila_____
>         Soneet R. Kapila, CPA, CFF, CIRA, CFE

8

EXHIBIT "1"
JEFFREY MARK GALLUPS A/K/A JEFFREY M. GALLUPS; A/K/A JEFFREY GALLUPS
CASE NO. 24-12653-BKC-SMG
KAPILAMUKAMAL'S 1ST AND FINAL APPLICATION FOR COMPENSATION
FOR THE PERIOD APRIL 17, 2024 THROUGH NOVEMBER 30, 2025

## SUMMARY CHART OF PREVIOUSLY FILED FEE APPLICATIONS

| | REQUEST | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid ( - ) | Expenses Paid ( - ) | Fees Owed/ Holdback | Exps Owed/ Holdback |
| NONE | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | $0.00 | $0.00 | | | $0.00 | $0.00 | 0.00 | 0.00 | $0.00 | $0.00 |

EXHIBIT "1"

EXHIBIT 2-A

**JEFFREY MARK GALLUPS A/K/A JEFFREY M. GALLUPS; A/K/A JEFFREY GALLUPS**
**CASE NO:  24-12653-BKC-SMG**
**KAPILAMUKAMAL'S 1ST AND FINAL APPLICATION FOR COMPENSATION**
**SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME**
**FOR THIS TIME PERIOD ONLY**
**APRIL 17, 2024 THROUGH DECEMBER 11, 2025**

| Name | Year Licensed/ Experience | Hours | Actual Rate | Total Billed |
|---|---|---|---|---|
| **GALLUPS, JEFFREY MARK** | | | | |
| SRK - SONEET KAPILA,  CPA, CFF, CIRA, CFE   PARTNER | 1983 | 0.20 | 820 | 164.00 |
| LJJ - LESLEY JOHNSON,  CPA, CIRA   PARTNER/TAX | 1984 | 4.70 | 620/650[1] | 2,962.00 |
| JRH - JENNIFER HEIDER,  CPA   TAX CONSULTANT | 2021 | 8.30 | 356 | 2,954.80 |
| NOD - NANCY O'DONNELL,     PARAPROFESSIONAL | 38 YEARS | 1.30 | 230/250[1] | 319.00 |
| KJJ - KY JOHNSON,     PARAPROFESSIONAL | 13 YEARS | 0.40 | 220 | 88.00 |
| Report Totals | | 14.90 | 435.42 | 6,487.80 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

[1] Rate adjustment, effective January 1, 2025

**EXHIBIT 2-B**

## JEFFREY MARK GALLUPS A/K/A JEFFREY M. GALLUPS; A/K/A JEFFREY GALLUPS
## CASE NO: 24-12653-BKC-SMG
## KAPILAMUKAMAL'S 1ST AND FINAL APPLICATION FOR COMPENSATION
## SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME BY ACTIVITY CODE CATEGORY
## FOR THIS TIME PERIOD ONLY
## APRIL 17, 2024 THROUGH DECEMBER 11, 2025

| Position | Name | Hours | Blended Rate | Total Billed |
|---|---|---|---|---|
| **Time** | | | | |
| **TAX SERVICES - PREPARE FORMS** | | | | |
| PARTNER | SONEET KAPILA | 0.20 | | 164.00 |
| PARTNER/TAX | LESLEY JOHNSON | 4.50 | | 2,832.00 |
| TAX CONSULTANT | JENNIFER HEIDER | 8.30 | | 2,954.80 |
| PARAPROFESSIONAL | KY JOHNSON | 0.40 | | 88.00 |
| TAX SERVICES - PREPARE FORMS Totals | | 13.40 | | 6,038.80 |
| **RETENTION AND FEE APPLICATIONS** | | | | |
| PARTNER/TAX | LESLEY JOHNSON | 0.20 | | 130.00 |
| PARAPROFESSIONAL | NANCY O'DONNELL | 1.30 | | 319.00 |
| RETENTION AND FEE APPLICATIONS Totals | | 1.50 | | 449.00 |
| Time Totals | | 14.90 | | 6,487.80 |
| Report Totals | | 14.90 | 435.42 | 6,487.80 |

EXHIBIT 3

**JEFFREY MARK GALLUPS A/K/A JEFFREY M. GALLUPS; A/K/A JEFFREY GALLUPS**
**CASE NO: 24-12653-BKC-SMG**
**KAPILAMUKAMAL'S 1ST AND FINAL APPLICATION FOR COMPENSATION**
**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**
**FOR THIS TIME PERIOD ONLY**
**APRIL 17, 2024 THROUGH DECEMBER 11, 2025**

| | | | |
|---|---|---|---:|
| 1. | Filing Fees | | 0.00 |
| 2. | Process Service Fees | | 0.00 |
| 3. | Witness Fees | | 0.00 |
| 4. | Court Report and Transripts | | 0.00 |
| 5. | Lien and Title Searches | | |
| 6. | Photocopies | | |
| | a. In-House | ( 120 @ 0.1500 ) | 18.00 |
| | b. Outside Copies | ( 0 @ 0.0000 ) | 0.00 |
| 7. | Postage | | 2.45 |
| 8. | Overnight Delivery Charges | | |
| | a. Express Mail | | 0.00 |
| | b. Overnight Delivery | | 38.10 |
| 9. | Ouside Courier/Messenger Services | | 0.00 |
| 10. | Long Distance Telephone/Teleconference Charges | | 0.00 |
| 11. | Telephonic Court Appearance | | 0.00 |
| 12. | Computerized Research | | 0.00 |
| 13. | Out of District Travel | | |
| | a. Mileage | | 0.00 |
| | b. Parking | | 0.00 |
| | c. Airfare | | 0.00 |
| | d. Accomodations | | 0.00 |
| | e. Car Rental Gas | | 0.00 |
| | f. Tolls | | 0.00 |
| | g. Meals | | 0.00 |
| | h. Taxi | | 0.00 |
| | i. Car Rental | | 0.00 |
| 14. | Other Permissible Expenses (must specify & justify) | | |
| | a. Virtual Data Room | | 0.00 |
| | b. Supplies | | 0.00 |
| | c. Internet Hosting (Web Site) | | 0.00 |
| | d. Advertising | | 0.00 |
| | e. Storage | | 0.00 |
| | f. Computer Supply Charges | | 0.00 |
| | g. Locksmith | | 0.00 |
| | h. Lacerte | | 0.00 |
| | i. Pacer | | 27.30 |
| | j. Ouside Computer Services | | 0.00 |
| | k. Tax Return Prep, Vendor Cost | | 0.00 |
| | l. Domain Site Renewals | | 0.00 |
| | m. Outside Services | | 0.00 |
| | n. Payments Made For Clients | | 0.00 |
| | o. Cost Allocation | | 0.00 |
| | p. Miscellaneous | | 0.00 |

TOTAL EXPENSE REIMBURSEMENT REQUESTED 85.85

# Billing Worksheet
## Thursday, December 11, 2025
### April 17, 2024  -  December 11, 2025

29417          GALLUPS, JEFFREY MARK

---

### Time & Expenses Available to be billed

29417     GALLUPS, JEFFREY MARK

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|

**Time**

**TAX SERVICES - PREPARE FORMS**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| SRK | 145 | 04/17/24 | 820.00 | 0.20 | 164.00 | CASE OVERSIGHT AND UPDATE WITH LJJ |
| LJJ | 145 | 04/17/24 | 620.00 | 2.80 | 1,736.00 | T/C/W TRUSTEE, RECEIVER AND HIS COUNSEL REGARDING CASE HISTORY, REVIEW OF DEBTOR'S TAX RETURNS TO DETERMINE POTENTIAL LIABILITY ASSOCIATED WITH PENDING PROPERTY SALE.  ALL PROPERTY HELD BY SEVERAL PASS-THROUGH ENTITIES. |
| LJJ | 145 | 04/19/24 | 620.00 | 0.30 | 186.00 | EMAILS REGARDING POTENTIAL TAX CONSEQUENCES OF PROPERTY SALE. |
| JRH | 145 | 01/06/25 | 356.00 | 0.30 | 106.80 | REVIEW OF CASE FILE, DOCKET, AND RELEVANT PLEADINGS. REQUEST AND REVIEW INFORMATION NECESSARY FOR 2024 TAX FILINGS. FILE DOCUMENTATION OF THE SAME. |
| KJJ | 106 | 03/21/25 | 220.00 | 0.10 | 22.00 | PREPARE FORM 7004 FOR 2024 |
| JRH | 103 | 03/24/25 | 356.00 | 6.70 | 2,385.20 | REVIEW AND ANALYSIS OF DOCKET AND RELEVANT PLEADINGS. SUMMARIZE FORM 2 ACTIVITY FOR, AND, PREPARATION OF FEDERAL FORM 1041, U.S. FIDUCIARY INCOME TAX RETURN AND RELATED DISCLOSURES FOR 2024. |
| JRH | 103 | 03/25/25 | 356.00 | 1.30 | 462.80 | PREPARATION OF FEDERAL FORM 1041, U.S. FIDUCIARY INCOME TAX RETURN AND RELATED DISCLOSURES FOR 2024 (CONT). |
| LJJ | 103 | 03/28/25 | 650.00 | 1.00 | 650.00 | REVIEW 2024 ACCOUNTING AND FORM 1041 |
| KJJ | 145 | 03/31/25 | 220.00 | 0.30 | 66.00 | FINALIZE FORM 1041 FOR 2024 |
| LJJ | 103 | 09/04/25 | 650.00 | 0.40 | 260.00 | LOOK-UP RETURNS FILED |
| TAX SERVICES - PREPARE FORMS Totals | | | | 13.40 | 6,038.80 | |

**RETENTION AND FEE APPLICATIONS**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| NOD | 736 | 04/24/24 | 230.00 | 0.30 | 69.00 | PREPARATION OF RETENTION DOCUMENTS |
| NOD | 736 | 11/25/25 | 250.00 | 1.00 | 250.00 | PREPARATION OF KAPILAMUKAMAL'S 1ST AND FINAL APPLICATION FOR COMPENSATION AND SUPPORTING EXHIBITS. |
| LJJ | 736 | 12/05/25 | 650.00 | 0.20 | 130.00 | DRAFT TAX NARRATIVE FOR FINAL FEE APPLICATION. |
| RETENTION AND FEE APPLICATIONS Totals | | | | 1.50 | 449.00 | |
| Time Totals | | | | 14.90 | 6,487.80 | |

**Expense**

**EXPENSES**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| EXP | E826 | 04/30/24 | | 12.00 | 1.80 | PRINTED COPIES - APRIL 2024 (04/01/24-04/30/24) |

# Billing Worksheet
## Thursday, December 11, 2025
### April 17, 2024  -  December 11, 2025

**Time & Expenses Available to be billed**

29417     GALLUPS, JEFFREY MARK

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| EXP | E864 | 05/01/24 | | 53.00 | 5.30 | PACER - APRIL 2024 |
| EXP | E864 | 02/01/25 | | 220.00 | 22.00 | PACER - JANUARY 2025 |
| EXP | E805 | 03/24/25 | | 1.00 | 2.45 | CERTIFIED MAIL |
| EXP | E826 | 03/31/25 | | 107.00 | 16.05 | PRINTED COPIES - MARCH 2025 (03/01/25-03/31/25) |
| EXP | E815 | 04/03/25 | | 1.00 | 38.10 | FEDEX |
| EXP | E826 | 04/30/25 | | 1.00 | 0.15 | PRINTED COPIES - APRIL 2025 (04/01/25-04/30/25) |
| EXPENSES Totals | | | | 395.00 | 85.85 | |
| Expense Totals | | | | 395.00 | 85.85 | |
| | Client GALLUPS, JEFFREY MARK Totals | | | | 6,573.65 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:                                                    Case No. 24-12653-BKC-SMG
                                                         Chapter 7

Jeffrey Mark Gallups
a/k/a Jeffrey M. Gallups;
a/k/a Jeffrey Gallups,

_____ Debtor. /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *KapilaMukamal's*

*1st and Final Application for Allowance and Payment of Compensation for Services*

*Rendered and Reimbursement of Expenses to Accountant for the Period April 17, 2024*

*through December 11, 2025*, was or will be served upon the filing of the foregoing

document, via the Court's Notice of Electronic Filing upon the Registered Users listed

below. A true and correct copy of Notice of Hearing, if and once docketed, will be served

via CM/ECF on all electronic recipients and via US Mail to all required parties and a

certificate of service will be filed.

Respectfully submitted this  11th  day of December, 2025.

KapilaMukamal, LLP
Accountants for the Trustee
1000 South Federal Highway, #200
Fort Lauderdale, Florida  33316
954/761-1011


BY:      /s/**Soneet R. Kapila**
         Soneet R. Kapila, CPA, CFF, CIRA, CFE

1

<u>Via CM/ECF:</u>

- **Mark Bonacquisti**    mark@msbankrupt.com, sonya@msbankrupt.com; kristen@msbankrupt.com; mbbankruptcy@gmail.com; Zachary@msbankrupt.com; salkinlawfirmpa@gmail.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com; kwilliams@bakerdonelson.com; bkcts@bakerdonelson.com
- **Leslie B Gomez**    ecfflsb@aldridgepite.com, lgomez@ecf.courtdrive.com
- **Michael F Holbein**    mholbein@sgrlaw.com
- **Zachary Malnik**    zachary@msbankrupt.com, Kristen@msbankrupt.com; mark@msbankrupt.com; salkinlawfirmpa@gmail.com
- **Catrina Humphrey Markwalter**    cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- **James R McCachren**    jmccachren@sgrlaw.com, dhsmith@sgrlaw.com; bhall@sgrlaw.com; bwheeler@sgrlaw.com
- **Wanda D Murray**    wanda.murray@usdoj.gov, WMurray@ecf.courtdrive.com
- **Mitchell J. Nowack**    ecf@nowackolson.com, mjnmyecfmail@gmail.com; tabitha@nowackolson.com; r53443@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John K Rezac**    jrezac@taylorduma.com
- **Sonya Salkin Slott**    sonya@msbankrupt.com, FL41@ecfcbis.com; sls1@trustesolutions.net; mark@msbankrupt.com; Kristen@msbankrupt.com; sls@msbankrupt.com; trusteesalkin@msbankrupt.com; Zachary@msbankrupt.com; salkinlawfirmpa@gmail.com

2