

ORDERED in the Southern District of Florida on January 22, 2026.

_____
**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

JEFFREY MARK GALLUPS                        Case No. 24-12653-SMG
                                                                         Chapter 7

_____Debtor /

### ORDER SUSTAINING IN PART AND OVERRULING IN PART TRUSTEE'S OBJECTION TO CLAIMS

       This matter having been considered without hearing upon the Trustee's Objection to Claims [ECF #110], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

       **ORDERED** that Trustee's objections to the following claims are sustained as follows:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| **Internal Revenue Service** | 4 | **ALLOWED as GUC** |
| **Georgia Department of Revenue** | 12 | **OBJECTION OVERRULED** |

| **First Horizon Bank, a Tennessee Banking Corporation** | 15 | DISALLOWED |

**Claim #4** filed on behalf of the **Internal Revenue Service** – the secured portion of Claim 11 is **ALLOWED** as a **General Unsecured Priority Claim** in the amount of **$1,985,921.65.** No other parts of this claim will be affected.

**Claim #12** filed on behalf of the **Georgia Department of Revenue** – the objection is **OVERRULED** per the Amended Claim filed on December 23, 2025.

**Claim #15** filed on behalf of **First Horizon Bank, a Tennessee Banking Corporation**, is **DISALLOWED** and **STRICKEN** from the claims register.

###

Submitted by:  Sonya Salkin Slott, Trustee
PO Box 15580
Plantation, FL 33318
954-423-4469
sonya@msbankrupt.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).