**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-12653-SMG |
| | § | |
| JEFFREY MARK GALLUPS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Sonya S. Slott, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $23,552.50 | Assets Exempt: | $6,000.00 |
| Total Distributions to Claimants: | $3,331,070.61 | Claims Discharged Without Payment: | $17,074,221.92 |
| Total Expenses of Administration: | $419,062.97 | | |

3) Total gross receipts of $3,750,133.58 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,750,133.58 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,194,798.95 | $5,937,597.92 | $3,069,011.05 | $3,069,011.05 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $419,062.97 | $419,062.97 | $419,062.97 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $476,274.00 | $15,713,546.39 | $15,713,546.39 | $262,059.56 |
| General Unsecured Claims (from **Exhibit 7**) | $49,862.00 | $1,139,364.09 | $1,139,364.09 | $0.00 |
| **Total Disbursements** | $6,720,934.95 | $23,209,571.37 | $20,340,984.50 | $3,750,133.58 |

4). This case was originally filed under chapter 13 on 03/21/2024. The case was converted to one under Chapter 7 on 04/10/2024. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2026

By: /s/ Sonya S. Slott
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 205 Hendricks Isle, Fort Lauderdale, FL 33301 | 1210-000 | $3,600,000.00 |
| Funds in held Trust by Receiver Greg Hays | 1229-000 | $24,444.00 |
| Mass Mutual Life Insurance Policy | 1229-000 | $121,896.31 |
| Prorated credits | 1290-000 | $3,793.27 |
| **TOTAL GROSS RECEIPTS** | | $3,750,133.58 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Broward County | 4110-000 | $0.00 | $68,660.94 | $0.00 | $0.00 |
| 2 | Broward County | 4110-000 | $0.00 | $68,660.94 | $0.00 | $0.00 |
| 15 | First Horizon Bank c/o Melissa A. Campbell, Esq. Baker Donelson | 4110-000 | $0.00 | $2,731,264.99 | $0.00 | $0.00 |
| 17a | United States of America | 4110-000 | $0.00 | $25,000.00 | $25,000.00 | $25,000.00 |
| | | 4110-000 | $0.00 | $6,270.00 | $6,270.00 | $6,270.00 |
| | First Horizon Bank mortgage attorney fees- Baker Donelson | 4110-000 | $0.00 | $35,224.43 | $35,224.43 | $35,224.43 |
| | First Horizon Bank mortgage payoff | 4110-000 | $0.00 | $3,002,516.62 | $3,002,516.62 | $3,002,516.62 |
| | Dovenmuehle/First Horizon Bank | 4110-000 | $2,718,224.00 | $0.00 | $0.00 | $0.00 |
| | First Horizon Corp. | 4110-000 | $550,909.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4700-000 | $2,125,665.95 | $0.00 | $0.00 | $0.00 |
| | United States Department of Justice | 4120-000 | $800,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,194,798.95 | $5,937,597.92 | $3,069,011.05 | $3,069,011.05 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sonya S. Slott, Trustee | 2100-000 | NA | $135,754.01 | $135,754.01 | $135,754.01 |
| Sonya S. Slott, Trustee | 2200-000 | NA | $1,085.12 | $1,085.12 | $1,085.12 |
| docs stamps and misc. closing costs | 2500-000 | NA | $26,029.15 | $26,029.15 | $26,029.15 |
| PALM TITLE PARTNERS LLC | 2500-000 | NA | $3,453.75 | $3,453.75 | $3,453.75 |
| CITY OF FORT LAUDERDALE | 2990-000 | NA | $216.71 | $216.71 | $216.71 |
| COOL POOLS SERVICE | 2990-000 | NA | $120.00 | $120.00 | $120.00 |
| FLORIDA POWER AND LIGHT | 2990-000 | NA | $647.55 | $647.55 | $647.55 |
| GREG HAYS | 2990-000 | NA | $14,336.37 | $14,336.37 | $14,336.37 |
| LAMAR P FISHER | 2990-000 | NA | $7,985.30 | $7,985.30 | $7,985.30 |
| UNITED RESTORATION AND WATERPROOFING INC | 2990-000 | NA | $5,390.00 | $5,390.00 | $5,390.00 |
| THE SALKIN LAW FIRM, Attorney for Trustee | 3110-000 | NA | $69,620.50 | $69,620.50 | $69,620.50 |
| THE SALKIN LAW FIRM, Attorney for Trustee | 3120-000 | NA | $748.85 | $748.85 | $748.85 |
| Kapila Mukamal, Accountant for Trustee | 3410-000 | NA | $6,487.80 | $6,487.80 | $6,487.80 |
| Coast Properties of South Florida realtor fees, Realtor for Trustee | 3510-000 | NA | $72,000.00 | $72,000.00 | $72,000.00 |
| Fisher auction co realtor fees, Realtor for Trustee | 3510-000 | NA | $72,000.00 | $72,000.00 | $72,000.00 |
| Fisher auction expense reimbursement, Other Professional | 3992-000 | NA | $3,102.01 | $3,102.01 | $3,102.01 |
| Kapila Mukamal, Other Professional | 3992-000 | NA | $85.85 | $85.85 | $85.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $419,062.97 | $419,062.97 | $419,062.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Internal Revenue Service | 5800-000 | $0.00 | $2,784,293.76 | $2,784,293.76 | $0.00 |
| 12a | Georgia Department of Revnue | 5800-000 | $0.00 | $387,356.26 | $387,356.26 | $0.00 |
| 13 | Nancy Jennings | 5100-000 | $0.00 | $11,421,326.55 | $11,421,326.55 | $254,527.14 |
| 14 | Nancy Gallups Irrevocable Trust | 5100-000 | $0.00 | $338,000.00 | $338,000.00 | $7,532.42 |
| 17b | Clerk of Court, Northern District of Georgia | 5800-000 | $0.00 | $782,569.82 | $782,569.82 | $0.00 |
| | Georgia Department of Revenue | 5800-000 | $476,274.00 | $0.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $476,274.00 | $15,713,546.39 | $15,713,546.39 | $262,059.56 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Truist Bank | 7100-000 | $14,291.00 | $14,847.75 | $14,847.75 | $0.00 |
| 4b | Internal Revenue Service | 7300-000 | $0.00 | $91,883.75 | $91,883.75 | $0.00 |
| 5 | Hendricks Isle Homeowners Association | 7100-000 | $0.00 | $2,065.00 | $2,065.00 | $0.00 |
| 6 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $0.00 | $328,145.63 | $328,145.63 | $0.00 |
| 7 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $27,320.00 | $27,320.66 | $27,320.66 | $0.00 |
| 8 | Citibank N.A. | 7100-000 | $0.00 | $191.81 | $191.81 | $0.00 |
| 9 | PNC Bank, National Association | 7100-000 | $1,154.00 | $1,154.94 | $1,154.94 | $0.00 |
| 10 | Wiggam Law | 7100-000 | $0.00 | $4,894.30 | $4,894.30 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | McDermott Will & Emery LLP | 7100-000 | $0.00 | $265,878.30 | $265,878.30 | $0.00 |
| 12b | Georgia Department of Revnue | 7300-000 | $0.00 | $84,960.20 | $84,960.20 | $0.00 |
| 16 | First Horizon Bank c/o Melissa A. Campbell, Esq. Baker Donelson | 7100-000 | $0.00 | $305,863.75 | $305,863.75 | $0.00 |
| 18 | Allergan Aesthetics div. of AbbVie Inc. | 7200-000 | $0.00 | $12,158.00 | $12,158.00 | $0.00 |
| | Affirm Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ally Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ally Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AMEX | 7100-000 | $291.00 | $0.00 | $0.00 | $0.00 |
| | AMEX | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AMEX | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Baker, Donelson, Bearman, Caldwell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Caine & Weiner | 7100-000 | $2,063.00 | $0.00 | $0.00 | $0.00 |
| | Capital One/Saks First | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chilvus Grubman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GM Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Goldman Sachs Bank USA | 7100-000 | $1,743.00 | $0.00 | $0.00 | $0.00 |
| | IBERIA/First Horizon Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | John K. Rezac | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lincoln Automotive Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nancy Jennings | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | S. Gregory Hays | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Stephano Slack | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Steven D. Miller, Esq. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Home Design Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Care Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncrhony Bank/HH GRegg | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Truist Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Truist Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Truist Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United Community Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United Community Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United Community Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Upack.com | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | US Bank Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Verizon Wireless | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank NA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,862.00 | $1,139,364.09 | $1,139,364.09 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

**Case No.:** 24-12653-SMG
**Case Name:** GALLUPS, JEFFREY MARK
**For the Period Ending:** 8/3/2026

**Trustee Name:** Sonya S. Slott
**Date Filed (f) or Converted (c):** 04/10/2024 (c)
**§341(a) Meeting Date:** 05/07/2024
**Claims Bar Date:** 07/25/2024

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2010 Mercedes S 550 | $7,500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | value per amended schedules ECF 61<br>abandoned at ECF 66 5/10/24 | | | | | |
| 2 | Furniture: Sofa, 2 chairs, coffee table, 2 beds, 4 nightstands, 2 chair & desk, 2 dressers, wing back table, rug, guitars, diningroomtable & 8 chairs, china cabinet, 4 bar stools, carpet rug, additionalsofa, love seat and entable, pool table, patio table & 4 chairs,<br>lounge, 2 side tables, unbrella | $20,050.00 | $0.00 | | $0.00 | FA |
| 3 | cellphone, tv, & computer | $250.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | |
| 4 | 2 Collectable Guitars - signed by Rolling Stones and Bruce Springsteen | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Checking: Truist Bank (4905) | $87.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $50.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | |
| 7 | Tiffany cuff links | $500.00 | $0.00 | | $0.00 | FA |
| 8 | 2-antique watches | $100.00 | $0.00 | | $0.00 | FA |
| 9 | cash | $5.00 | $0.00 | | $0.00 | FA |
| 10 | Truist Bank (2135)- checking account | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Truist Bank (4212)- checking account | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Fidelity Account (1656) | $10.50 | $0.00 | | $0.00 | FA |
| 13 | Encap - start up company- seeding investment | Unknown | $0.00 | | $0.00 | FA |
| 14 | Milton Hall Surgical Associates, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | |
| 15 | Alpharetta Surgery Center, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | |
| 16 | ENTI Surgery Center, LLC | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | |
| 17 | HCENTI, LLC | Unknown | $0.00 | OA | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



| | | | |
|---|---|---|---|
| **Case No.:** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Date Filed (f) or Converted (c):** | 04/10/2024 (c) |
| **For the Period Ending:** | 8/3/2026 | **§341(a) Meeting Date:** | 05/07/2024 |
| | | **Claims Bar Date:** | 07/25/2024 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | | |
| **Ref. #** | | | | | | | |
| 18 | Milton Hall Management, LLC | | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | | |
| 19 | MHSA Management, LLC | | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | | |
| 20 | Milton Hall Trust | | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | | |
| 21 | DRG Media, LLC | | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | abandoned at ECF 66 5/10/24 | | | | | | |
| 22 | Possible negligence claim or fraud claim against Receivorand/or Receivorship in Georgia | | Unknown | $0.00 | | $0.00 | FA |
| 23 | 205 Hendricks Isle, Fort Lauderdale, FL 33301 | **(u)** | $5,800,000.00 | $4,500,000.00 | | $3,600,000.00 | FA |
| **Asset Notes:** | per amended schedules 5/6/2024 ECF 61 | | | | | | |
| 24 | Hendricks Trust - only asset is homestead | **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | per amended schedules 61 | | | | | | |
| 25 | Funds in held Trust by Receiver Greg Hays | **(u)** | $0.00 | $24,444.00 | | $24,444.00 | FA |
| 26 | Mass Mutual Life Insurance Policy | **(u)** | $0.00 | $65,000.00 | | $121,896.31 | FA |
| 27 | Prorated credits | **(u)** | $3,793.27 | $3,793.27 | | $3,793.27 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | **$5,833,345.77** | **$4,593,237.27** | | **$3,750,133.58** | **$0.00** |

**Major Activities affecting case closing:**

1.Trustee has retained counsel to investigate debtor's financial affairs. Trustee has retained Lamar Fisher to market real property for sale. Trustee has filed motions to sell certain insurance policies and to terminate other life insurance policies. Counsel continues to investigate potential section 5 claims. Trustee has sold RE and sold policies. case ready to close after objections, estate tax returns and fee applications KM 9/15/2025

2.Claims bar date: 7/25 gov't 9/21. reviewed. objections to 1,2,4, 12,15- hold until we see what happens with sale of RE. 8/20/24 SSS claims subject to possible objections withdrawn. objection to claims 4, 12 and 15 filed ECF 110 KM 12/9 order sustaining entered 1/22/26 ECF 112

3.Tax returns prepared by Kapila

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Date Filed (f) or Converted (c):** | 04/10/2024 (c) |
| **For the Period Ending:** | 8/3/2026 | **§341(a) Meeting Date:** | 05/07/2024 |
| | | **Claims Bar Date:** | 07/25/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 05/07/2026 **Current Projected Date Of Final Report (TFR):** 05/07/2026

/s/ SONYA S. SLOTT

SONYA S. SLOTT

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0724 | **Checking Acct #:** | ******5301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/21/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 8/3/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/27/2024 | (25) | S GREGORY HAYES RECEIVER | TURNOVER OF RECEIVER FUNDS PER ORDER DATED 4/19/24 (CP 47) | 1229-000 | $24,444.00 | | $24,444.00 |
| 04/30/2024 | 1001 | FLORIDA POWER AND LIGHT | PAYMENT PER ORDER DATED 4/25/24 (CP 54)<br>JEFF GALLUPS ACCT 58661-48447<br>SERVICE ADDRESS 205 HENDRICKS ISLE FORT LAUDERDALE 33301 | 2990-000 | | $647.55 | $23,796.45 |
| 04/30/2024 | 1002 | UNITED RESTORATION AND WATERPROOFING INC | PAYMENT PER COURT ORDER DATED 4/25/24 (CP 54)<br>SERVICE ADDRESS: 205 HENDRICKS ISLE FORT LAUDERDALED 33301<br>PAYMENT IN FULL | 2990-000 | | $5,390.00 | $18,406.45 |
| 04/30/2024 | 1003 | COOL POOLS SERVICE | PAYMENT PER ORDER DATED 4/25/24 (CP 54)<br>MONTHLY SERVICE APRIL<br>205 HENDRICKS ISLES FT LAUDERDALE FL 33301 | 2990-000 | | $120.00 | $18,286.45 |
| 04/30/2024 | 1004 | CITY OF FORT LAUDERDALE | PAYMENT PER ORDER DATED 4/25/24 (CP 54)<br>ACCT 2160080<br>SERVICE ADDRESS 205 HENDRICKS ISLES FORT LAUDERDALE 33301 | 2990-000 | | $216.71 | $18,069.74 |
| 07/31/2024 | (26) | MARK M BEATY | PAYMENT ON ORDER DATED 7/11/24 (CP 79) | 1229-000 | $25,000.00 | | $43,069.74 |
| 09/25/2024 | (26) | JEFFREY M GALLUPS | PAYMENT ON ORDER DATED 8/21/24 (ECF 86) | 1229-000 | $16,315.85 | | $59,385.59 |
| 09/25/2024 | (26) | JEFFREY GALLUPS | PAYMENT ON ORDER DATED 8/21/24 (ECF 86) | 1229-000 | $17,183.26 | | $76,568.85 |
| 10/17/2024 | 1005 | GREG HAYS | PAYMENT OF FEES PER ORDER DATED 10/15/24 (CP 92) | 2990-000 | | $14,336.37 | $62,232.48 |
| 10/17/2024 | 1006 | LAMAR P FISHER | PAYMENT PER ORDER DATED 10/15/24 (CP 91) | 2990-000 | | $7,985.30 | $54,247.18 |
| 10/28/2024 | (26) | Mass Mutual | Payment per order dated 8/21/24 (CP 86) | 1229-000 | $18,034.87 | | $72,282.05 |
| 10/28/2024 | (26) | Mass Mutual | payment per order dated 8/21/24 (CP 86) | 1229-000 | $31,027.68 | | $103,309.73 |
| 10/28/2024 | (26) | Mass Mutual | Payment per order dated 8/21/24 (CP 86)- DUPLICATE DEPOSIT in ERROR | 1229-000 | $11,905.09 | | $115,214.82 |
| 10/28/2024 | (26) | MASS MUTUAL | PAYMENT PER ORDER DATED 8/21/24 (CP 86) | 1229-000 | $11,905.09 | | $127,119.91 |
| | | | | **SUBTOTALS** | $155,815.84 | $28,695.93 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0724 | **Checking Acct #:** | ******5301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/21/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 8/3/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/28/2024 | (26) | MASS MUTUAL | PAYMENT PER ORDER DATED 8/21/24 (CP 86) | | 1229-000 | $2,429.56 | | $129,549.47 |
| 12/28/2024 | | Palm Title | Payment per order and report of sale | | * | $358,151.06 | | $487,700.53 |
| | {23} | | | $3,600,000.00 | 1210-000 | | | $487,700.53 |
| | | | Coast Properties of South Florida realtor fees | $(72,000.00) | 3510-000 | | | $487,700.53 |
| | | | Fisher auction co realtor fees | $(72,000.00) | 3510-000 | | | $487,700.53 |
| | | | First Horizon Bank mortgage payoff | $(3,002,516.62) | 4110-000 | | | $487,700.53 |
| | | | | $(6,270.00) | 4110-000 | | | $487,700.53 |
| | | | Palm Title settlement fee | $(3,500.00) | 2500-000 | | | $487,700.53 |
| | | | DOJ payoff | $(25,000.00) | 4110-000 | | | $487,700.53 |
| | | | First Horizon Bank mortgage attorney fees- Baker Donelson | $(35,224.43) | 4110-000 | | | $487,700.53 |
| | | | docs stamps and misc. closing costs | $(26,029.15) | 2500-000 | | | $487,700.53 |
| | | | Fisher auction expense reimbursement | $(3,102.01) | 3992-000 | | | $487,700.53 |
| | {27} | | Prorated credit for taxes and HOA dues | $3,793.27 | 1290-000 | | | $487,700.53 |
| 01/03/2025 | (26) | DEP REVERSE: Mass Mutual | Payment per order dated 8/21/24 (CP 86)- DUPLICATE DEPOSIT in ERROR | | 1229-000 | ($11,905.09) | | $475,795.44 |
| 01/27/2025 | | PALM TITLE PARTNERS LLC | Refund of overestimated recording fees. | | 2500-002 | | ($46.25) | $475,841.69 |
| 10/29/2025 | | Veritex Community Bank | Transfer Funds | | 9999-000 | | $475,841.69 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $348,675.53 | $475,795.44 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0724 | **Checking Acct #:** | ******5301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 3/21/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 8/3/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $504,491.37 | $504,491.37 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $475,841.69 | |
| | | | **Subtotal** | | $504,491.37 | $28,649.68 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $504,491.37 | $28,649.68 | |

**For the period of 3/21/2024 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,750,133.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,750,133.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,274,291.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,274,291.89 |
| Total Internal/Transfer Disbursements: | $475,841.69 |

**For the entire history of the account between 04/27/2024 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,750,133.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,750,133.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,274,291.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,274,291.89 |
| Total Internal/Transfer Disbursements: | $475,841.69 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-12653-SMG
**Case Name:** GALLUPS, JEFFREY MARK
**Primary Taxpayer ID #:** **-***0724
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 3/21/2024
**For Period Ending:** 8/3/2026

**Trustee Name:** Sonya S. Slott
**Bank Name:** Texas Traditions Bank
**Checking Acct #:** ******0015
**Account Title:** DDA
**Blanket bond (per case limit):** $59,803,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/29/2025 | | Texas Traditions Bank | Transfer Funds | 9999-000 | $475,841.69 | | $475,841.69 |
| 06/17/2026 | 2001 | Kapila Mukamal | Claim #: ; Amount Allowed: 85.85; Distribution Dividend: 100.00; Account Number: ; | 3992-000 | | $85.85 | $475,755.84 |
| 06/17/2026 | 2002 | Kapila Mukamal | Claim #: ; Amount Allowed: 6,487.80; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $6,487.80 | $469,268.04 |
| 06/17/2026 | 2003 | Sonya S. Slott | Trustee Compensation | 2100-000 | | $135,754.01 | $333,514.03 |
| 06/17/2026 | 2004 | Sonya S. Slott | Trustee Expenses | 2200-000 | | $1,085.12 | $332,428.91 |
| 06/17/2026 | 2005 | THE SALKIN LAW FIRM | Claim #: ; Amount Allowed: 748.85; Distribution Dividend: 100.00; Account Number: ; | 3120-000 | | $748.85 | $331,680.06 |
| 06/17/2026 | 2006 | THE SALKIN LAW FIRM | Claim #: ; Amount Allowed: 69,620.50; Distribution Dividend: 100.00; Account Number: ; | 3110-000 | | $69,620.50 | $262,059.56 |
| 06/17/2026 | 2007 | Nancy Jennings | Claim #: 13; Amount Allowed: 11,421,326.55; Distribution Dividend: 2.23; Account Number: ; | 5100-000 | | $254,527.14 | $7,532.42 |
| 06/17/2026 | 2008 | Nancy Gallups Irrevocable Trust | Claim #: 14; Amount Allowed: 338,000.00; Distribution Dividend: 2.23; Account Number: ; | 5100-000 | | $7,532.42 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $475,841.69 | $475,841.69 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***0724 | **Checking Acct #:** | ******0015 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 3/21/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 8/3/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $475,841.69 | $475,841.69 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $475,841.69 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $475,841.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $475,841.69 | |

**For the period of 3/21/2024 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $475,841.69 |
| | |
| Total Compensable Disbursements: | $475,841.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $475,841.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/29/2025 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $475,841.69 |
| | |
| Total Compensable Disbursements: | $475,841.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $475,841.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-12653-SMG | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | GALLUPS, JEFFREY MARK | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***0724 | **Checking Acct #:** | ******0015 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 3/21/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 8/3/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $504,491.37 | $504,491.37 | $0.00 |

**For the period of 3/21/2024 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,750,133.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,750,133.58 |
| Total Internal/Transfer Receipts: | $475,841.69 |
| | |
| Total Compensable Disbursements: | $3,750,133.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,750,133.58 |
| Total Internal/Transfer Disbursements: | $475,841.69 |

**For the entire history of the case between 04/10/2024 to 8/3/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,750,133.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,750,133.58 |
| Total Internal/Transfer Receipts: | $475,841.69 |
| | |
| Total Compensable Disbursements: | $3,750,133.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,750,133.58 |
| Total Internal/Transfer Disbursements: | $475,841.69 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT