**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on October 6, 2026**

**Scott M Grossman**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 24−12653−SMG**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jeffrey Mark Gallups
aka Jeffrey M Gallups, aka Jeffrey Gallups
205 Hendricks Isle
Fort Lauderdale, FL 33301

SSN: xxx−xx−2065

## FINAL DECREE

The trustee, Sonya Salkin Slott, having filed a final report that the estate has been fully administered, is discharged and the case is closed.